**DEFAULT O/E JAD**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) Case No. 18-23502-JAD |
| Richard A. Foster, | ) |
| Leanne M. Foster, | ) Chapter 13 |
|     Debtors, | ) |
| | ) |
| Richard A. Foster, | ) Hrg. Date: 11/28/18 10:00 a.m. |
|     Movant, | ) |
| vs. | ) Response Due: 11/13/18 |
| | ) |
| Ronda J. Winnecour, Chapter 13 Trustee, | ) Document No. |
|     Respondent. | )     Related to Doc. #25 |

## ORDER OF COURT

**AND NOW**, this __20th__ day of __November__, 2018, on motion of the Debtor, Richard Foster, it is **ORDERED** that the requirement of a wage order is waived in this case, provided that the Debtors make timely payments each month.

.

By the Court:

_____sjk___

Jeffery A. Deller
United States Bankruptcy Judge

FILED
11/20/18 3:02 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
```

In re:                                                    Case No. 18-23502-JAD
Richard A. Foster                                         Chapter 13
Leanne M. Foster
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: dkam              Page 1 of 1              Date Rcvd: Nov 20, 2018
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 22, 2018.
db             +Richard A. Foster,   315 E. Hazelcroft Avenue,   New Castle, PA 16105-2177

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2018                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 20, 2018 at the address(es) listed below:
              Francis E. Corbett    on behalf of Joint Debtor Leanne M. Foster fcorbett@fcorbettlaw.com,
               fcorbett7@gmail.com
              Francis E. Corbett    on behalf of Debtor Richard A. Foster fcorbett@fcorbettlaw.com,
               fcorbett7@gmail.com
              James  Warmbrodt    on behalf of Creditor    Freedom Mortgage Corporation bkgroup@kmllawgroup.com
              James  Warmbrodt    on behalf of Creditor    FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com
              Mario J. Hanyon    on behalf of Creditor    DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE ET.
               AL. pawb@fedphe.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7