## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) Case No. 18-23502-JAD |
| **Richard A. Foster,** | ) |
| **Leanne M. Foster,** | ) Chapter 13 |
|     Debtors, | ) |
| | ) Document No. |
| **Richard A. Foster,** | ) |
| **Leanne M. Foster,** | ) |
|     Movants, | ) Related to Doc. #34 |
| vs. | ) |
| | ) |
| **Ronda J. Winnecour, Chapter 13 Trustee,** | ) |
|     Respondent. | ) |
| | ) |

## ORDER OF COURT

AND NOW, this __19th__ day of ____February____, 2019 on Motion of the Debtors, it is hereby **ORDERED, ADJUDGED AND DECREED** that the Debtors are permitted to enter into a financing agreement for the purchase of a used car with financing of no more than $27,000.00, to be paid at no more than 21% interest over a 72 month term with payments of no more than $655.00 per month. The Debtor will file an amended Chapter 13 Plan to address this change in circumstances.

A copy of the Financing Agreement shall be filed within 10 days of the completion of the sale.

By the Court,

_____ sjk
Jeffery A. Deller
United States Bankruptcy Judge

FILED
2/19/19 1:42 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Richard A. Foster  
Leanne M. Foster  
    Debtors

Case No. 18-23502-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: dkam     Page 1 of 1     Date Rcvd: Feb 19, 2019  
                 Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 21, 2019.  
db/jdb         +Richard A. Foster,    Leanne M. Foster,    315 E. Hazelcroft Avenue,    New Castle, PA 16105-2177

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                          TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 21, 2019                                            Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 19, 2019 at the address(es) listed below:

         Francis E. Corbett    on behalf of Debtor Richard A. Foster fcorbett@fcorbettlaw.com, fcorbett7@gmail.com  
         Francis E. Corbett    on behalf of Joint Debtor Leanne M. Foster fcorbett@fcorbettlaw.com, fcorbett7@gmail.com  
         James Warmbrodt    on behalf of Creditor    Freedom Mortgage Corporation bkgroup@kmllawgroup.com  
         James Warmbrodt    on behalf of Creditor    FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com  
         Mario J. Hanyon    on behalf of Creditor    DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE ET. AL. pawb@fedphe.com  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
         Thomas Song    on behalf of Creditor    DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE ET. AL. pawb@fedphe.com

                                                                                                                               TOTAL: 8