# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
### CONCILIATION CONFERENCE MINUTES

***Conciliation Conference:***

| | |
|---|---|
| **Debtor:** | RICHARD A. & LEANNE M. FOSTER |
| **Case Number:** | 18-23502-JAD            **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, MARCH 07, 2019 09:00 AM   3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

FILED
3/7/19 3:02 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

***Matter:***

#11 - Final Confirmation of Plan Dated  9/4/2018 (NFC)
        +Objections By:  Deutsche Bank Trust Co. Americas
R / M #:  11 / 0

***Appearances:***

Debtor: *Corbett*
Trustee:  Winnecour  /  Pail  /  Katz  / ( DeSimone )

Creditor:

***Proceedings:***

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.

8. __✓__ An Amended Plan is to be serve    The amended plan is due by March 15,
    Objections are due on or befoi    2019.  Objections are due by April 11,
    A hearing on the Amended Pla    2019. The conciliation conference is set

9. _____ Contested Hearing: _____    for April 18, 2019 at 2:30 pm.
10. _____ Other:

2/28/2019   9:50:44AM