Form 149

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Richard A. Foster
Leanne M. Foster**
   Debtor(s)

Bankruptcy Case No.: 18–23502–JAD
Issued Per Apr. 18, 2019 Proceeding
Chapter: 13
Docket No.: 42 – 37, 39
Concil. Conf.: at

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED
AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.) PLAN CONFIRMATION:*

     IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated March 8, 2019 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☑    A.    For the remainder of the Plan term, the periodic Plan payment is amended to be $3,767 as of May 2019. Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐    B.    The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☐    C.    Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on at , in .* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐    D.    Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐    E.    The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐    F.    shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☐    G.    The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: .

☑    H.    Additional Terms: The secured claim of Deutsche Bank Trust Co. at Claim No. 42 shall govern as to prepetition arrears, and the monthly post–petition payments shall be based on payment change declarations of record.

*(2.)  IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.  Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.  Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.  Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.  Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.  Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)* **IT IS FURTHER ORDERED THAT:**

**A.** After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.** Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.** Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty−one (21) days prior to the change taking effect.

**D.** Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016−1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.** The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre−confirmation defaults in any subsequent motion to dismiss.

**F.** In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

Dated: April 24, 2019

<u>Jeffery A. Deller</u>
United States Bankruptcy Judge

cc: All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Richard A. Foster
Leanne M. Foster
    Debtors

Case No. 18-23502-JAD
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: jhel     Page 1 of 3     Date Rcvd: Apr 24, 2019
                    Form ID: 149     Total Noticed: 75

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 26, 2019.

```
db/jdb         +Richard A. Foster,    Leanne M. Foster,    315 E. Hazelcroft Avenue,    New Castle, PA 16105-2177
cr             +Freedom Mortgage Corporation,    c/o McCalla Raymer Leibert Pierce, LLC,    Bankruptcy Department,
                 1544 Old Alabama Road,    Roswell, GA 30076-2102
14931227       +ACAR Leasing Ltd d/b/a GM Financial Leasing,    PO Box 183853,    Arlington, TX 76096-3853
14909480        American Educational Services,    P.O. Box 0001,    Payment Center,
                 Harrisburg, Pennsylvania 17130-0001
14909481       +Barclays,    P.O. Box 13337,    Philadelphia, Pennsylvania 19101-3337
14927449        CW Nexus Credit Card Holdings l, LLC,    Resurgent Capital Services,    PO Box 10368,
                 Greenville, SC 29603-0368
14909486        Capital One Bank, N. A.,    P.O. Box 71087,    Charlotte, North Carolina 28272-1087
14909487        Cardmember Services - Amazon,    Marriot Rewards,    P.O. Box 1423,
                 Charlotte, North Carolina 28201-1423
14948261        Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA  98083-0657
14909497       +Department of Education,    Fedloan Servicing,    P.O. Box 530210,    Atlanta, Georgia 30353-0210
14947873        Deutsche Bank Trust Company Americas, et.al.,    OCWEN LOAN SERVICING, LLC,
                 Attn: Bankruptcy Department,    P.O. BOX 24605,    WEST PALM BEACH FL 33416-4605
14909498        Discover,    P.O. Box 742655,    Cincinnati, Ohio 45274-2655
14909500       +Endeavor Agency, Inc.,    114 E. Morrison Street,    P.O. Box 303,    Fayette, MO 65248-0303
14913482       +First Associates Loan Servicing, LLC,    as agent for Lending USA,    P.O. Box 503430,
                 San Diego, CA 92150-3430
14909501       +First National Credit Card,    P.O. Box 2496,    Omaha, Nebraska 68103-2496
14909502        Freedom Mortgage,    P.O. Box 619063,    Dallas, Texas 75261-9063
14941327       +Freedom Mortgage Corporation,    Bankruptcy Department,    10500 Kincaid Drive,    Suite 300,
                 Fishers, IN 46037-9764
14909504        GM Financial Leasing,    75 Remittance Drive, Suite 1738,    Chicago, Illinois 60675-1738
14909505       +Home Depot Credit Services,    P.O. Box 790328,    St. Louis, Missouri 63179-0328
14909507        LendingUSA,    P.O. Box 206536,    Dallas, TX 75320-6536
14909508        Macy’s,    P.O. Box 78-008,    Phoenix, Arizona 85062-8008
14909509        Merrick Bank,    P.O. Box 660175,    Dallas, Texas 75266-0175
14909512       +Ocwen Loan Servicing, LLC,    P.O. Box 24738,    West Palm Beach, Pennsylvania 33416-4738
14923210       +PHEAA,    PO Box 8147,    Harrisburg, PA 17105-8147
14909515        PNC Bank,    P.O. Box 856177,    Louisville, Kentucky 40285-6177
14948503       +PNC Bank, N.A.,    PO Box 94982,    Cleveland, OH 44101-4982
14909513       #PayPal Credit,    P.O. Box 105658,    Atlanta, Georgia 30348-5658
14909514        Phillips & Cohen Associates, Ltd.,    Mail Stop: 658,    1002 Justison Street,
                 Wilmington, Delaware 19801-5148
14941623        State Farm Bank,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern  PA 19355-0701
14909516       +State Farm Bank,    P.O. Box 23025,    Columbus, Georgia 31902. 31902-3025
14909521        Target Card Services,    P.O. Box 660170,    Dallas, Texas 75266-0170
14909522        Trugreen Processing Center,    P.O. Box 9001128,    Louisville, KY 40290-1128
14991131        U.S. Department of Education,    c/o FedLoan Servicing,    P.O. Box 69184,
                 Harrisburg, PA 17106-9184
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
14932533       +Fax: 864-336-7400 Apr 25 2019 03:01:06     ACSO of Ohio, Inc.,    c/o Advance America,
                 135 North Church Street,    Spartanburg, SC 29306-5138
14909479       +Fax: 864-336-7400 Apr 25 2019 03:01:06     Advance America,    5963 South Avenue,
                 Boardman, OH 44512-3610
14933616        E-mail/PDF: resurgentbknotifications@resurgent.com Apr 25 2019 02:18:29
                 CVI SGP-CO Acquisition Trust C/O Resurgent Capital,    PO Box 10587,
                 Greenville, SC 29603-0587
14909482        E-mail/Text: cms-bk@cms-collect.com Apr 25 2019 02:14:55     Capital Management Services, LP,
                 698 1/2 South Ogden Street,    Buffalo, New York 14206-2317
14909483        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 25 2019 02:18:22
                 Capital One - Maurices,    P.O. Box 71106,    Charlotte, North Carolina 28272-1106
14909484        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 25 2019 02:19:29
                 Capital One - Menard’s,    P.O. Box 71106,    Charlotte, North Carolina 28272-1106
14934203        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 25 2019 02:18:23
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
14909485        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 25 2019 02:18:23
                 Capital One Bank, N. A.,    P.O. Box 71083,    Charlotte, North Carolina 28272-1083
14934204        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 25 2019 02:19:29     Capital One, N.A.,
                 PO Box 71083,    Charlotte, NC  28272-1083
14909488        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 25 2019 02:15:04     Comenity - Avenue,
                 P.O. Box 659584,    San Antonio, Texas 78265-9584
14909489        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 25 2019 02:15:04     Comenity - Bon Ton,
                 P.O. Box 659813,    San Antonio, Texas 78265-9113
14909490        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 25 2019 02:15:04     Comenity - Boscov’s,
                 P.O. Box 659622,    San Antonio, Texas 78265-9622
14909491        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 25 2019 02:15:05     Comenity - Jared,
                 P.O. Box 659728,    San Antonio, Texas 78265-9728
```

```
District/off: 0315-2           User: jhel                  Page 2 of 3                   Date Rcvd: Apr 24, 2019
                               Form ID: 149                Total Noticed: 75

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14909492       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 25 2019 02:15:05
                 Comenity - Old Pueblo Traders,    P.O. Box 659465,    San Antonio, Texas 78265-9465
14909493       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 25 2019 02:15:05      Comenity - Overstock,
                 P.O. Box 659707,    San Antonio, Texas 78265-9707
14909494      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 25 2019 02:15:05      Comenity - Pier 1 Imports,
                 P.O. Box 659450,    San Antonio, Texas 78265-9450
14909495       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 25 2019 02:15:05      Comenity - Venus,
                 P.O. Box 659617,    San Antonio, Texas 78265-9617
14909496       E-mail/PDF: creditonebknotifications@resurgent.com Apr 25 2019 02:18:57      Credit One Bank,
                 P.O. Box 60500,    City of Industry, California 91716-0500
14909499      +E-mail/Text: mrdiscen@discover.com Apr 25 2019 02:14:42      Discover,    P.O. Box 30421,
                 Salt Lake City, Utah 84130-0421
14913145       E-mail/Text: mrdiscen@discover.com Apr 25 2019 02:14:42      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
14909503       E-mail/Text: GenesisFS@ebn.phinsolutions.com Apr 25 2019 02:16:30      Genesis FS Card Services,
                 P.O. Box 205458,    Dallas, TX 75320-5458
14909506      +E-mail/Text: bncnotices@becket-lee.com Apr 25 2019 02:14:51      Kohl's Payment Center,
                 P.O. Box 2983,    Milwaukee, Wisconsin 53201-2983
14945231       E-mail/PDF: resurgentbknotifications@resurgent.com Apr 25 2019 02:19:01
                 LVNV Funding, LLC its successors and assigns as,    assignee of MHC Receivables, LLC and,
                 FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14945225       E-mail/PDF: resurgentbknotifications@resurgent.com Apr 25 2019 02:18:29
                 LVNV Funding, LLC its successors and assigns as,    assignee of Wilmington Savings Fund,
                 Society FSB,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14945226       E-mail/PDF: resurgentbknotifications@resurgent.com Apr 25 2019 02:19:01
                 LVNV Funding, LLC its successors and assigns as,    assignee of LendingClub Issuance,
                 Grantor Trust Series 2016-NP2,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
14924727      +E-mail/Text: bankruptcy@sccompanies.com Apr 25 2019 02:16:30      Monroe & Main,
                 c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
14909510       E-mail/Text: bankruptcy@sccompanies.com Apr 25 2019 02:16:30      Monroe and Main,
                 1112 7th Avenue,    Monroe, WI 53566-1364
14909511       E-mail/Text: bankruptcy@sccompanies.com Apr 25 2019 02:16:30      Montgomery Ward,
                 1112 7th Avenue,    Monroe, WI 53566-1364
14924728      +E-mail/Text: bankruptcy@sccompanies.com Apr 25 2019 02:16:30      Montgomery Ward,
                 c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
14943078       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 25 2019 02:19:32
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14910624      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 25 2019 02:19:32
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14935461       E-mail/Text: bnc-quantum@quantum3group.com Apr 25 2019 02:15:09
                 Quantum3 Group LLC as agent for,    GPCC I LLC,    PO Box 788,    Kirkland, WA 98083-0788
14944281       E-mail/Text: bnc-quantum@quantum3group.com Apr 25 2019 02:15:09
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA 98083-0788
14944282       E-mail/Text: bnc-quantum@quantum3group.com Apr 25 2019 02:15:09
                 Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
                 Kirkland, WA 98083-0788
14948551      +E-mail/Text: bncmail@w-legal.com Apr 25 2019 02:15:45      SYNCHRONY BANK,
                 c/o Weinstein & Riley, PS,    2001 Western Ave., Ste 400,    Seattle, WA 98121-3132
14948032      +E-mail/PDF: gecsedi@recoverycorp.com Apr 25 2019 02:18:18      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
14909517       E-mail/PDF: gecsedi@recoverycorp.com Apr 25 2019 02:18:18      Synchrony Bank/Amazon,
                 P.O. Box 960013,    Orlando, Florida 32896-0013
14909519       E-mail/PDF: gecsedi@recoverycorp.com Apr 25 2019 02:18:18      Synchrony Bank/SR,
                 P.O. Box 530916,    Atlanta, Georgia 30353-0916
14909518       E-mail/PDF: gecsedi@recoverycorp.com Apr 25 2019 02:18:18      Synchrony Bank/Sewing and More,
                 P.O. Box 960061,    Orlando, Florida 32896-0061
14909520       E-mail/PDF: gecsedi@recoverycorp.com Apr 25 2019 02:19:26      Synchrony Bank/TJX Rewards,
                 P.O. Box 530948,    Atlanta, Georgia 30353-0948
14946978      +E-mail/Text: bncmail@w-legal.com Apr 25 2019 02:15:45      TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
14942949       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 25 2019 02:19:36      Verizon,
                 by American InfoSource as agent,    PO Box 248838,    Oklahoma City, OK 73124-8838
                                                                                               TOTAL: 42

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE E
cr             FREEDOM MORTGAGE CORPORATION
cr*           +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                             TOTALS: 2, * 1, ## 0

              Addresses marked ’+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
              USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0315-2          User: jhel              Page 3 of 3            Date Rcvd: Apr 24, 2019
                              Form ID: 149            Total Noticed: 75
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2019                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 24, 2019 at the address(es) listed below:

```
          Francis E. Corbett    on behalf of Joint Debtor Leanne M. Foster fcorbett@fcorbettlaw.com,
           fcorbett7@gmail.com
          Francis E. Corbett    on behalf of Debtor Richard A. Foster fcorbett@fcorbettlaw.com,
           fcorbett7@gmail.com
          James  Warmbrodt    on behalf of Creditor    Freedom Mortgage Corporation bkgroup@kmllawgroup.com
          James  Warmbrodt    on behalf of Creditor    FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com
          Mario J. Hanyon    on behalf of Creditor    DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE ET.
           AL. pawb@fedphe.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          Thomas  Song    on behalf of Creditor    DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE ET. AL.
           pawb@fedphe.com
                                                                                             TOTAL: 8
```