# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
RICHARD A. FOSTER
LEANNE M. FOSTER

        Debtor(s)

RONDA J. WINNECOUR,
Standing Chapter 13 Trustee,

        Movant
vs.
FRANCIS E CORBETT ESQ

        Respondents

Case No. 18-23502JAD

Chapter 13

Document No __

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The creditor has returned a check from the Trustee.  No further payments will be issued on this debt until the creditor satisfactorily explains the returned check and acknowledges that it will accept future payments.

CREDIT ACCEPTANCE SAYS THAT THE CAR LOAN WAS ASSGINED BACK TO THE DEALER AND THE DEBT WASE NEVER FUNDED BY CREDIT ACCEPTANCE.

FRANCIS E CORBETT ESQ
MITCHELL BUILDING - 707
304 ROSS ST
PITTSBURGH, PA 15219

Court claim# /Trustee CID# 0

The Movant further certifies that on 06/13/2019 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc:  debtor(s)
     original creditor
     putative creditor
     counsel for debtor(s)
     counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

| | |
|---|---|
| DEBTOR(S):<br>RICHARD A. FOSTER, LEANNE M. FOSTER, 315 E. HAZELCROFT AVENUE, NEW CASTLE, PA  16105<br><br>DEBTOR'S COUNSEL:<br>FRANCIS E CORBETT ESQ,<br>MITCHELL BUILDING - 707, 304 ROSS ST, PITTSBURGH, PA  15219<br><br>NEW CREDITOR: | DEBTOR'S COUNSEL:<br>FRANCIS E CORBETT ESQ,<br>MITCHELL BUILDING - 707, 304 ROSS ST, PITTSBURGH, PA  15219 |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>RICHARD A. FOSTER<br>LEANNE M. FOSTER<br><br>           Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee,<br><br>           Movant<br>     vs.<br>RICHARD A. FOSTER<br><br>           Respondents | Case No. 18-23502JAD<br><br>Chapter 13<br><br>Document No __ |

**NOTICE OF FUNDS ON RESERVE**

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The creditor has returned a check from the Trustee.  No further payments will be issued on this debt until the creditor satisfactorily explains the returned check and acknowledges that it will accept future payments.

CREDIT ACCEPTANCE SAYS THAT THE CAR LOAN WAS ASSGINED BACK TO THE DEALER AND THE DEBT WASE NEVER FUNDED BY CREDIT ACCEPTANCE.

| | |
|---|---|
| RICHARD A. FOSTER<br>315 E. HAZELCROFT AVENUE<br>NEW CASTLE, PA 16105 | Court claim# /Trustee CID# 0 |

The Movant further certifies that on 06/13/2019 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

|  |  |
|---|---|
|  | /s/ Ronda J. Winnecour |
|  | RONDA J WINNECOUR PA ID #30399 |
|  | CHAPTER 13 TRUSTEE WD PA |
| cc:  debtor(s) | 600 GRANT STREET |
|     original creditor | SUITE 3250 US STEEL TWR |
|     putative creditor | PITTSBURGH, PA  15219 |
|     counsel for debtor(s) | (412) 471-5566 |
|     counsel for the creditor(s) (if known) | cmecf@chapter13trusteewdpa.com |

DEBTOR(S):
RICHARD A. FOSTER, LEANNE M. FOSTER, 315 E. HAZELCROFT AVENUE, NEW CASTLE, PA  16105

DEBTOR'S COUNSEL:
FRANCIS E CORBETT ESQ,
MITCHELL BUILDING - 707, 304 ROSS ST, PITTSBURGH, PA  15219

NEW CREDITOR:

DEBTOR'S COUNSEL:
FRANCIS E CORBETT ESQ,
MITCHELL BUILDING - 707, 304 ROSS ST, PITTSBURGH, PA  15219