# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>RICHARD A. FOSTER<br>LEANNE M. FOSTER<br><br>        Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee,<br><br>        Movant<br>    vs.<br>CREDIT ACCEPTANCE CORP*<br><br>        Respondents | Case No. 18-23502JAD<br><br>Chapter 13<br><br>Document No __ |

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

The creditor has returned a check from the Trustee. No further payments will be issued on this debt until the creditor satisfactorily explains the returned check and acknowledges that it will accept future payments.

CREDIT ACCEPTANCE SAYS THAT THE CAR LOAN WAS ASSIGNED BACK TO THE DEALER AND THE DEBT WAS NEVER FUNDED BY CREDIT ACCEPTANCE.

| | |
|---|---|
| CREDIT ACCEPTANCE CORP*<br>ATTN: BANKRUPTCY DEPT*<br>25505 W 12 MILE RD STE 3000*<br>SOUTHFIELD, MI 48034-8339 | Court claim# /Trustee CID# 65 |

The Movant further certifies that on 06/14/2019 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

cc:  debtor(s)
     original creditor
     putative creditor
     counsel for debtor(s)
     counsel for the creditor(s) (if known)

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

DEBTOR(S):
RICHARD A. FOSTER, LEANNE M. FOSTER, 315 E. HAZELCROFT AVENUE, NEW CASTLE, PA  16105

ORIGINAL CREDITOR:
CREDIT ACCEPTANCE CORP*, ATTN: BANKRUPTCY DEPT*, 25505 W 12 MILE RD STE 3000*, SOUTHFIELD, MI 48034-8339

NEW CREDITOR:

DEBTOR'S COUNSEL:
FRANCIS E CORBETT ESQ, MITCHELL BUILDING - 707, 304 ROSS ST, PITTSBURGH, PA  15219