IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) Case No. 18-23502-JAD |
| | ) |
| Richard A. Foster, | ) Chapter 13 |
| Leanne M. Foster, | ) |
|          Debtors, | )  Related to |
| | ) Document No.  48 |
| Richard A. Foster, | ) |
| Leanne M. Foster, | ) |
|          Movants, | ) |
| vs. | ) |
| | ) |
| Ronda J. Winnecour, Chapter 13 Trustee, | ) |
|          Respondent. | ) |
| | ) |

## AMENDED CONSENT ORDER OF COURT

**AND NOW, this** __16th__ **day of** ____July____ **, 2019** on Motion of the Debtors and with the consent of the Chapter 13 Trustee, it is hereby **ORDERED, ADJUDGED AND DECREED** that the Debtors are permitted to enter into a financing agreement for the purchase of a used car with financing of no more than $27,000.00, to be paid at no more than 21% interest over a 72 month term with payments of no more than $655.00 per month.  The Debtors are not required to include this payment in the Chapter 13 plan and payments on the Debtors' motor vehicle loan are to be made directly to the lender and outside of the bankruptcy plan.

By the Court,

*[signature]* sjk

Jeffery A. Deller
**United States Bankruptcy Judge**

FILED
7/16/19 3:47 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 18-23502-JAD
Richard A. Foster                                                     Chapter 13
Leanne M. Foster
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2         User: lfin              Page 1 of 1           Date Rcvd: Jul 16, 2019
                             Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 18, 2019.
db/jdb         +Richard A. Foster,   Leanne M. Foster,   315 E. Hazelcroft Avenue,   New Castle, PA 16105-2177

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2019                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 16, 2019 at the address(es) listed below:
              Francis E. Corbett    on behalf of Debtor Richard A. Foster fcorbett@fcorbettlaw.com,
               fcorbett7@gmail.com
              Francis E. Corbett    on behalf of Joint Debtor Leanne M. Foster fcorbett@fcorbettlaw.com,
               fcorbett7@gmail.com
              James  Warmbrodt     on behalf of Creditor    Freedom Mortgage Corporation bkgroup@kmllawgroup.com
              James  Warmbrodt     on behalf of Creditor    FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com
              Mario J. Hanyon    on behalf of Creditor    DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE ET.
               AL. pawb@fedphe.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Robert  Davidow    on behalf of Creditor    DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE ET.
               AL. robert.davidow@phelanhallinan.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Thomas  Song    on behalf of Creditor    DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE ET. AL.
               pawb@fedphe.com
                                                                                             TOTAL: 9