IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) Case No. 18-23502-JAD |
| | ) |
| Richard A. Foster, | ) Chapter 13 |
| Leanne M. Foster, | ) |
|     Debtors, | ) |
| | ) Document No. |
| Richard A. Foster, | ) |
| Leanne M. Foster, | ) Related to Doc. No. 49 and 55 |
|     Movants, | ) |
| vs. | ) |
| | ) |
| Ronda J. Winnecour, Chapter 13 Trustee, | ) |
|     Respondent. | ) |

## CONSENT ORDER OF COURT

AND NOW, this 30th day of April, 2019 on in light of the Order allowing the payment of car financing directly and with the consent of the Chapter 13 Trustee, it is hereby **ORDERED, ADJUDGED AND DECREED** that the Trustee is authorized to refund to the Debtors the payments returned from Credit Acceptance Corporation in the amount of $2,103.07.

Consent: _____
Attorney for Chapter 13 Trustee

By the Court,

_____
Jeffery A. Deller
United States Bankruptcy Judge

FILED
8/30/19 12:51 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Richard A. Foster
Leanne M. Foster
    Debtors

Case No. 18-23502-JAD
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2      User: dkam      Page 1 of 1      Date Rcvd: Aug 30, 2019
                       Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 01, 2019.
db/jdb         +Richard A. Foster,    Leanne M. Foster,    315 E. Hazelcroft Avenue,    New Castle, PA 16105-2177

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                     TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2019                                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 30, 2019 at the address(es) listed below:
           Francis E. Corbett    on behalf of Debtor Richard A. Foster fcorbett@fcorbettlaw.com,
            fcorbett7@gmail.com
           Francis E. Corbett    on behalf of Joint Debtor Leanne M. Foster fcorbett@fcorbettlaw.com,
            fcorbett7@gmail.com
           James Warmbrodt    on behalf of Creditor    FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com
           James Warmbrodt    on behalf of Creditor    Freedom Mortgage Corporation bkgroup@kmllawgroup.com
           Mario J. Hanyon    on behalf of Creditor    DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE ET.
            AL. pawb@fedphe.com
           Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
           Robert Davidow    on behalf of Creditor    DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE ET.
            AL. robert.davidow@phelanhallinan.com
           Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
           Thomas Song    on behalf of Creditor    Freedom Mortgage Corporation pawb@fedphe.com
           Thomas Song    on behalf of Creditor    DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE ET. AL.
            pawb@fedphe.com
           Thomas Song    on behalf of Creditor    FREEDOM MORTGAGE CORPORATION pawb@fedphe.com
                                                                                                                                     TOTAL: 11