# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES



FILED

2019 NOV -8  AM 11: 22

CLERK
U.S. BANKRUPTCY COURT
PITTSBURGH

## _Conciliation Conference:_

| | |
|---|---|
| **Debtor:** | RICHARD A. & LEANNE M. FOSTER |
| **Case Number:** | 18-23502-JAD    **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, NOVEMBER 07, 2019 02:00 PM  3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

## _Matter:_

#50 - Final Confirmation of Plan Dated  7/17/2019 (FC)

R / M #:  50 / 0

## _Appearances:_

Corbett

Debtor:

Trustee: Winnecour / Patl / (Katz) / DeSimone

Creditor:

## _Proceedings:_

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____ .
   A hearing on the Amended Plan is set  for _____  at _____
9. ___✓___ Contested Hearing: _11/27/19_ at _10:00 Am_.
10. _____ Other:

plan contested on best efforts / good faith
grounds. Budget includes $1900 education costs for children
over 18 yrs old, clothing expense of $450/mo, personal
care of $350, Entertainment of $450/mo, while proposing
a pot for uns estimated at about 12%.
means test includes $1900 Ed costs for children
over 18 and $500 for optional phone (L23). means test
indicates a larger POT than proposed.

10/30/201  11:21:26AM