IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) Case No. 18-23502-JAD |
| Richard A. Foster, | ) |
| Leanne M. Foster, | ) Chapter 13 |
|     Debtors, | ) |
| | ) |
| Richard A. Foster, | ) Hrg. Date: 11/27/19 10:00 a.m. |
| Leanne M. Foster, | ) |
|     Movants, | ) |
| vs. | ) Related to Doc. Nos. 50, 64 and 67 |
| | ) |
| Ronda J. Winnecour, Chapter 13 Trustee, | ) Document No. |
|     Respondent. | ) |
| | ) |

**CONSENT ORDER OF COURT**

AND NOW, this _21st_ day of _November_, 2019, on Motion of the Debtors, and with the consent of Counsel to the Trustee, it is **ORDERED** that the contested hearing on the Amended Plan scheduled for November 27, 2019 at 10:00 a.m. is to be continued for a period of 60 days. Debtors are to file an Amended Plan no later than December 2, 2019.

By the Court:

_/s/ Jeffery A. Deller_
Jeffery A. Deller
United States Bankruptcy Judge

FILED
11/25/19 1:42 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Richard A. Foster
Leanne M. Foster
     Debtors

Case No. 18-23502-JAD
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2           User: bsil                    Page 1 of 1                    Date Rcvd: Nov 25, 2019
                              Form ID: pdf900             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 27, 2019.
db/jdb         +Richard A. Foster,   Leanne M. Foster,   315 E. Hazelcroft Avenue,   New Castle, PA 16105-2177

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 27, 2019                                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 25, 2019 at the address(es) listed below:
      Francis E. Corbett    on behalf of Debtor Richard A. Foster fcorbett@fcorbettlaw.com, fcorbett7@gmail.com
      Francis E. Corbett    on behalf of Joint Debtor Leanne M. Foster fcorbett@fcorbettlaw.com, fcorbett7@gmail.com
      James Warmbrodt    on behalf of Creditor    FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com
      James Warmbrodt    on behalf of Creditor    Freedom Mortgage Corporation bkgroup@kmllawgroup.com
      Mario J. Hanyon    on behalf of Creditor    Freedom Mortgage Corporation pawb@fedphe.com
      Mario J. Hanyon    on behalf of Creditor    DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE ET. AL. pawb@fedphe.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Robert Davidow    on behalf of Creditor    DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE ET. AL. robert.davidow@phelanhallinan.com
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
      Thomas Song    on behalf of Creditor    Freedom Mortgage Corporation pawb@fedphe.com
      Thomas Song    on behalf of Creditor    DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE ET. AL. pawb@fedphe.com
      Thomas Song    on behalf of Creditor    FREEDOM MORTGAGE CORPORATION pawb@fedphe.com
                                                                                                    TOTAL: 12