## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) Case No. 18-23502-JAD |
| Richard A. Foster, | ) |
| Leanne M. Foster, | ) Chapter 13 |
|                 Debtors | ) |
| | ) Related to Doc. No.78 |
| | ) |

## WITHDRAWAL OF AMENDED PLAN

**AND NOW**, comes the Debtors, by and through their attorney, Francis E. Corbett, and set forth the following:

**1.**   The Debtors filed an Amended Plan dated December 5, 2019.

**2.**   The Plan was filed in error and the Debtors seek to withdraw it from the docket.

**3.**   A corrected Amended Plan will be filed.

**Respectfully submitted,**

**DATE:**   12/05/19          /s/ Francis E. Corbett_____
**Francis E. Corbett, Esquire, PA I.D. #37594**
fcorbett@fcorbettlaw.com
**Mitchell Building - 707**
**304 Ross Street**
**Pittsburgh, PA  15219-2230**
**(412) 456-1882**