## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA
## PITTSBURGH DIVISION

IN RE:                                                           CASE NO.: 18-23502-JAD
                                                                 CHAPTER 13
Richard A. Foster,

  and,

Leanne M. Foster,

  Debtors.
_____/

### REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned counsel hereby appears on behalf of U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR THE NRZ PASS-THROUGH TRUST VII ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**RAS CRANE, LLC**
**10700 ABBOTT'S BRIDGE ROAD, SUITE 170,**
**DULUTH, GA 30097**

                              RAS Crane, LLC
                              Attorney for Secured Creditor
                              10700 Abbott's Bridge Road, Suite 170,
                              Duluth, GA 30097
                              Telephone: 470-321-7112

                              By: /s/Sindi Mncina
                                    Sindi Mncina, Esquire
                                    Email: smncina@rascrane.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on January 3, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Richard A. Foster
315 E. Hazelcroft Avenue
New Castle, PA 16105

Leanne M. Foster
315 E. Hazelcroft Avenue
New Castle, PA 16105

And via electronic mail to:

Francis E. Corbett
Mitchell Building - 707
304 Ross Street
Pittsburgh, PA 15219-2230

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

RAS Crane, LLC
Attorney for Secured Creditor
10700 Abbott's Bridge Road, Suite 170,
Duluth, GA 30097
Telephone: 470-321-7112

By: /s/Sindi Mncina
Sindi Mncina, Esquire
Email: smncina@rascrane.com