**2100 B (12/15)**

# United States Bankruptcy Court

### WESTERN DISTRICT OF PENNSYLVANIA
### Case No. 18-23502-JAD
### Chapter 13

In re: Debtor(s) (including Name and Address)

Richard A. Foster
315 E. Hazelcroft Avenue
New Castle PA 16105

Leanne M. Foster
315 E. Hazelcroft Avenue
New Castle PA 16105

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 01/22/2020.

Name and Address of Alleged Transferor(s):

Claim No. 42: Deutsche Bank Trust Company Americas, et.al., OCWEN LOAN SERVICING, LLC, Attn: Bankruptcy Department, P.O. BOX 24605, WEST PALM BEACH FL 33416-4605

Name and Address of Transferee:

U.S. BANK NATIONAL ASSOCIATION, et al...
P.O. Box 619096
Dallas, TX 75261-9741
Phone No. 877-343-5602

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   01/25/20

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 18-23502-JAD
Richard A. Foster                                                               Chapter 13
Leanne M. Foster
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2            User: dkam            Page 1 of 1            Date Rcvd: Jan 23, 2020
                               Form ID: trc          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 25, 2020.
14947873        Deutsche Bank Trust Company Americas, et.al.,   OCWEN LOAN SERVICING, LLC,
                Attn: Bankruptcy Department,   P.O. BOX 24605,   WEST PALM BEACH FL 33416-4605

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2020                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 22, 2020 at the address(es) listed below:
        Francis E. Corbett   on behalf of Debtor Richard A. Foster fcorbett@fcorbettlaw.com,
        fcorbett7@gmail.com
        Francis E. Corbett   on behalf of Joint Debtor Leanne M. Foster fcorbett@fcorbettlaw.com,
        fcorbett7@gmail.com
        James Warmbrodt   on behalf of Creditor   U.S. Bank National Association, not in its indvidual
        capacity but soley as Trustee for the NRZPass-ThroughTrustVII bkgroup@kmllawgroup.com
        James Warmbrodt   on behalf of Creditor   Freedom Mortgage Corporation bkgroup@kmllawgroup.com
        James Warmbrodt   on behalf of Creditor   FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com
        Jill Locnikar   on behalf of Creditor   United States of America Department of the Treasury,
        Internal Revenue Service jill.locnikar@usdoj.gov,
        patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;Marla.Kirkland@usdoj.gov
        Jodi L. Hause   on behalf of Creditor   U.S. Bank National Association, et al
        jodi.hause@phelanhallinan.com,  pawb@fedphe.com
        Mario J. Hanyon   on behalf of Creditor   DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE ET.
        AL. pawb@fedphe.com
        Mario J. Hanyon   on behalf of Creditor   U.S. Bank National Association, et al pawb@fedphe.com
        Mario J. Hanyon   on behalf of Creditor   Freedom Mortgage Corporation pawb@fedphe.com
        Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
        Robert Davidow   on behalf of Creditor   DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE ET.
        AL. robert.davidow@phelanhallinan.com
        Robert Davidow   on behalf of Creditor   U.S. Bank National Association, et al
        robert.davidow@phelanhallinan.com
        Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
        Sindi Mncina   on behalf of Creditor   U.S. Bank National Association smncina@rascrane.com
        Thomas Song   on behalf of Creditor   Freedom Mortgage Corporation pawb@fedphe.com
        Thomas Song   on behalf of Creditor   DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE ET. AL.
        pawb@fedphe.com
        Thomas Song   on behalf of Creditor   FREEDOM MORTGAGE CORPORATION pawb@fedphe.com
                                                                                    TOTAL: 18