**2100 B (12/15**)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 18-23502-JAD
Chapter 13

In re: Debtor(s) (including Name and Address)

Richard A. Foster
315 E. Hazelcroft Avenue
New Castle PA 16105

Leanne M. Foster
315 E. Hazelcroft Avenue
New Castle PA 16105

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 01/22/2020.

Name and Address of Alleged Transferor(s):

Claim No. 2: First Associates Loan Servicing, LLC, as agent for Lending USA, P.O. Box 503430, San Diego, CA 92150-343

Name and Address of Transferee:

Jefferson Capital Systems, LLC
PO Box 7999
St. Cloud, MN 56302-9617

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   01/25/20

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Richard A. Foster  
Leanne M. Foster  
    Debtors

Case No. 18-23502-JAD  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: dkam     Page 1 of 1     Date Rcvd: Jan 23, 2020  
                   Form ID: trc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 25, 2020.
14913482     +First Associates Loan Servicing, LLC,   as agent for Lending USA,   P.O. Box 503430,
          San Diego, CA 92150-3430

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2020          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 22, 2020 at the address(es) listed below:
       Francis E. Corbett    on behalf of Debtor Richard A. Foster fcorbett@fcorbettlaw.com, fcorbett7@gmail.com
       Francis E. Corbett    on behalf of Joint Debtor Leanne M. Foster fcorbett@fcorbettlaw.com, fcorbett7@gmail.com
       James Warmbrodt    on behalf of Creditor   U.S. Bank National Association, not in its indvidual capacity but soley as Trustee for the NRZPass-ThroughTrustVII bkgroup@kmllawgroup.com
       James Warmbrodt    on behalf of Creditor   Freedom Mortgage Corporation bkgroup@kmllawgroup.com
       James Warmbrodt    on behalf of Creditor   FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com
       Jill Locnikar    on behalf of Creditor   United States of America Department of the Treasury, Internal Revenue Service jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;Marla.Kirkland@usdoj.gov
       Jodi L. Hause    on behalf of Creditor   U.S. Bank National Association, et al jodi.hause@phelanhallinan.com, pawb@fedphe.com
       Mario J. Hanyon    on behalf of Creditor   DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE ET. AL. pawb@fedphe.com
       Mario J. Hanyon    on behalf of Creditor   U.S. Bank National Association, et al pawb@fedphe.com
       Mario J. Hanyon    on behalf of Creditor   Freedom Mortgage Corporation pawb@fedphe.com
       Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
       Robert Davidow    on behalf of Creditor   DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE ET. AL. robert.davidow@phelanhallinan.com
       Robert Davidow    on behalf of Creditor   U.S. Bank National Association, et al robert.davidow@phelanhallinan.com
       Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
       Sindi Mncina    on behalf of Creditor   U.S. Bank National Association smncina@rascrane.com
       Thomas Song    on behalf of Creditor   Freedom Mortgage Corporation pawb@fedphe.com
       Thomas Song    on behalf of Creditor   DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE ET. AL. pawb@fedphe.com
       Thomas Song    on behalf of Creditor   FREEDOM MORTGAGE CORPORATION pawb@fedphe.com
                   TOTAL: 18