# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
# CONCILIATION CONFERENCE MINUTES

FILED
2020 FEB -5 PM 2: 15

U.S. BANKRUPTCY COURT
PITTSBURGH

## *Conciliation Conference:*

|  |  |  |  |
|---|---|---|---|
| **Debtor:** | RICHARD A. & LEANNE M. FOSTER | | |
| **Case Number:** | 18-23502-JAD | **Chapter:** | 13 |
| **Date / Time / Room:** | THURSDAY, JANUARY 30, 2020 03:00 PM | 3251 US STEEL | |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE | | |

## *Matter:*

#80 - Amended Plan Dated 12/5/2019 - NFC
**R / M #:** 80 / 0

## *Appearances:*

Corbett

Con 1t for amended plan & need for new car

Debtor:
Trustee: Winnecour / ~~Bell~~ / (Katz) / DeSimone

Creditor:

## *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ___✓___ Plan/Motion continued to __4/23/20__ at __2:30 pm__
8. _____ ı Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____ .
   A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other: