IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) Case No. 18-23502-JAD |
| | ) |
| Richard A. Foster, | ) Chapter 13 |
| Leanne M. Foster, | ) |
|     Debtors, | ) |
| | ) Document No. |
| Richard A. Foster, | ) |
| Leanne M. Foster, | ) Related to Doc. No. 98 |
|     Movants, | ) |
| vs. | ) |
| | ) |
| Ronda J. Winnecour, Chapter 13 Trustee, | ) |
| | ) |
|     Respondent. | ) |
| | ) |

## ORDER APPROVING POSTPETITION AUTOMOBILE FINANCING

AND NOW, this 7th day of Feby, 2020 on Motion of the Debtors and with the consent of the Chapter 13 Trustee, it is hereby **ORDERED, ADJUDGED AND DECREED** that:

1. The Motion is granted as provided by the terms of this Order. Debtors are authorized to obtain secured financing for the purchase of a replacement vehicle on the following terms:

    (a) The total amount of financing shall not exceed $23,000; and

    (b) The monthly payments made under the financing agreement shall not exceed $550.

2. To the extent that Debtors secure financing for the purchase of a new vehicle, such payments shall be made through the Chapter 13 plan. Within 30 days of securing such

financing, Debtors shall file:

    (a)    An amended chapter 13 plan; and

    (b)    A Report of Financing including details of the transaction.

3. To ensure the prompt and timely payment of the automobile loan, Debtors shall make a supplemental payment to the Chapter 13 Trustee within 7 days of filing the Report of Financing (and each month thereafter as necessary) in an amount sufficient for the Trustee to cover the installments due on the loan. The supplemental payments shall be in addition to the regular plan payment, pending confirmation of the amended plan.

4. Pending confirmation of any amended plan providing for the new Postpetition loan payments, the Trustee is authorized to make monthly adequate protection payments to the new lender for the contract amount so long as sufficient supplemental funds are provided by the Debtors.

5. Notwithstanding the inclusion of the Postpetition loan within an amended Chapter 13 plan, the underlying terms of the loan shall not be modified absent the consent of the lender.

6. Debtors shall serve copies of this Order on all creditors eligible to receive distributions through the Chapter 13 plan and file proof of the same with the Court.

By the Court,

Jeffery A. Deller
United States Bankruptcy Judge

FILED
2/7/20 1:57 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                          Case No. 18-23502-JAD
Richard A. Foster                                               Chapter 13
Leanne M. Foster
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: dkam               Page 1 of 1          Date Rcvd: Feb 07, 2020
                              Form ID: pdf900          Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 09, 2020.
db/jdb        +Richard A. Foster,    Leanne M. Foster,    315 E. Hazelcroft Avenue,    New Castle, PA 16105-2177

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2020                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 7, 2020 at the address(es) listed below:
```
              Francis E. Corbett    on behalf of Debtor Richard A. Foster fcorbett@fcorbettlaw.com,
               fcorbett7@gmail.com
              Francis E. Corbett    on behalf of Joint Debtor Leanne M. Foster fcorbett@fcorbettlaw.com,
               fcorbett7@gmail.com
              James Warmbrodt    on behalf of Creditor    FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    U.S. Bank National Association, not in its indvidual
               capacity but soley as Trustee for the NRZPass-ThroughTrustVII bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    Freedom Mortgage Corporation bkgroup@kmllawgroup.com
              Jill Locnikar    on behalf of Creditor    United States of America Department of the Treasury,
               Internal Revenue Service jill.locnikar@usdoj.gov,
               patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;Marla.Kirkland@usdoj.gov
              Jodi L. Hause    on behalf of Creditor    U.S. Bank National Association, et al
               jodi.hause@phelanhallinan.com,  pawb@fedphe.com
              Mario J. Hanyon    on behalf of Creditor    DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE ET.
               AL. pawb@fedphe.com
              Mario J. Hanyon    on behalf of Creditor    U.S. Bank National Association, et al pawb@fedphe.com
              Mario J. Hanyon    on behalf of Creditor    Freedom Mortgage Corporation pawb@fedphe.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Robert Davidow    on behalf of Creditor    DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE ET.
               AL. robert.davidow@phelanhallinan.com
              Robert Davidow    on behalf of Creditor    U.S. Bank National Association, et al
               robert.davidow@phelanhallinan.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Sindi Mncina    on behalf of Creditor    U.S. Bank National Association smncina@rascrane.com
              Thomas Song    on behalf of Creditor    Freedom Mortgage Corporation pawb@fedphe.com
              Thomas Song    on behalf of Creditor    DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE ET. AL.
               pawb@fedphe.com
              Thomas Song    on behalf of Creditor    FREEDOM MORTGAGE CORPORATION pawb@fedphe.com
                                                                                              TOTAL: 18
```