IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:
Richard A. Foster                          :          Case No. 18-23502-JAD
Leanne M. Foster                           :          Chapter 13
       Debtor(s)                    :
Ronda J. Winnecour, Trustee                :
                                    :          Related to Document
       Movant(s)                    :
                                    :
       vs.                          :
Acar Leasing Ltd d/b/a GM                  :          Hearing Date
Financial Leasing                          :
       Respondent(s)                :

CERTIFICATION OF NO OBJECTION REGARDING
TRUSTEE'S OBJECTION TO AMENDED CLAIM #9

      The undersigned hereby certifies that as of the date hereof, no answer, objection or other responsive pleading to the Trustee's MOTION/OBJECTION filed on January 9, 2020 has been received.  The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Trustee's Motion/Objection appears thereon. Pursuant to the Notice of Hearing, responses were to be filed and served no later than February 10, 2020.

2/11/2020                              /s/ Ronda J. Winnecour
Date                                   Ronda J. Winnecour
                                       Chapter 13 Trustee PA I.D.#30399
                                       U.S. Steel Tower- Suite 3250
                                       600 Grant Street
                                       Pittsburgh PA  15219
                                       cmecf@chapter13trusteewdpa.com