**DEFAULT O/E JAD**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| Richard A. Foster | : | Case No. 18-23502JAD |
| Leanne M. Foster | : | Chapter 13 |
|     Debtor(s) | : | |
| Ronda J. Winnecour, Trustee | : | |
| | : | Related to Claim #9 and Doc. #89 |
|     Movant(s) | : | |
| | : | |
| vs. | : | |
| Acar Leasing Ltd d/b/a GM | : | |
| Financial Leasing | : | Hearing Date |
|     Respondent(s) | : | |

**ORDER OF COURT**

And Now, this ___27th___ day of ___February___, 20_20___, upon Consideration of the Trustee's Objection to Amended Claim #9, it is

ORDERED, that the Trustee's objection is sustained, and Amended Claim #9 is disallowed.

BY THE COURT:

_____sjk_____
U.S. BANKRUPTCY JUDGE
Jeffery A. Deller

FILED
2/27/20 1:08 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Richard A. Foster  
Leanne M. Foster  
    Debtors

Case No. 18-23502-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: dkam     Page 1 of 1     Date Rcvd: Feb 27, 2020  
                     Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 29, 2020.
db/jdb         +Richard A. Foster,   Leanne M. Foster,   315 E. Hazelcroft Avenue,   New Castle, PA 16105-2177

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                      TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 29, 2020                                Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 27, 2020 at the address(es) listed below:

          Francis E. Corbett    on behalf of Debtor Richard A. Foster fcorbett@fcorbettlaw.com, fcorbett7@gmail.com  
          Francis E. Corbett    on behalf of Joint Debtor Leanne M. Foster fcorbett@fcorbettlaw.com, fcorbett7@gmail.com  
          James Warmbrodt    on behalf of Creditor    FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com  
          James Warmbrodt    on behalf of Creditor    U.S. Bank National Association, not in its indvidual capacity but soley as Trustee for the NRZPass-ThroughTrustVII bkgroup@kmllawgroup.com  
          James Warmbrodt    on behalf of Creditor    Freedom Mortgage Corporation bkgroup@kmllawgroup.com  
          Jill Locnikar    on behalf of Creditor    United States of America Department of the Treasury, Internal Revenue Service jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;Marla.Kirkland@usdoj.gov  
          Jodi L. Hause    on behalf of Creditor    U.S. Bank National Association, et al jodi.hause@phelanhallinan.com, pawb@fedphe.com  
          Mario J. Hanyon    on behalf of Creditor    DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE ET. AL. pawb@fedphe.com  
          Mario J. Hanyon    on behalf of Creditor    U.S. Bank National Association, et al pawb@fedphe.com  
          Mario J. Hanyon    on behalf of Creditor    Freedom Mortgage Corporation pawb@fedphe.com  
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
          Robert Davidow    on behalf of Creditor    DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE ET. AL. robert.davidow@phelanhallinan.com  
          Robert Davidow    on behalf of Creditor    U.S. Bank National Association, et al robert.davidow@phelanhallinan.com  
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
          Sindi Mncina    on behalf of Creditor    U.S. Bank National Association smncina@rascrane.com  
          Thomas Song    on behalf of Creditor    Freedom Mortgage Corporation pawb@fedphe.com  
          Thomas Song    on behalf of Creditor    DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE ET. AL. pawb@fedphe.com  
          Thomas Song    on behalf of Creditor    FREEDOM MORTGAGE CORPORATION pawb@fedphe.com  
                                                                   TOTAL: 18