**Form RSC Conciliation (Reschedule Conciliation−COVID**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Richard A. Foster** | : | Case No. 18−23502−JAD |
| **Leanne M. Foster** | : | |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | |

## ORDER RESCHEDULING CHAPTER 13 PLAN CONCILIATION CONFERENCE

*AND NOW,* this **The 2nd of April, 2020**, due to the COVID−19 virus pandemic, the conciliation conference scheduled for 4/23/2020 is **RESCHEDULED** to *7/16/20 at 02:30 PM 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.*


Dated: April 2, 2020

Jeffery A. Deller
United States Bankruptcy Judge

cm: Debtor
    Debtors' Counsel

```
                             United States Bankruptcy Court
                             Western District of Pennsylvania
In re:                                                                   Case No. 18-23502-JAD
Richard A. Foster                                                        Chapter 13
Leanne M. Foster
         Debtors                   CERTIFICATE OF NOTICE
District/off: 0315-2          User: msch                   Page 1 of 3                   Date Rcvd: Apr 02, 2020
                              Form ID: RSCcon3             Total Noticed: 82


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 04, 2020.
db/jdb         +Richard A. Foster,    Leanne M. Foster,    315 E. Hazelcroft Avenue,    New Castle, PA 16105-2177
cr             +First Associates Loan Servicing, LLC,    as agent for Lending USA,    PO Box 503430,
                 San Diego, CA 92150,    UNITED STATES 92150-3430
cr             +Freedom Mortgage Corporation,    c/o McCalla Raymer Leibert Pierce, LLC,    Bankruptcy Department,
                 1544 Old Alabama Road,    Roswell, GA 30076-2102
cr             +U.S. Bank National Association,    RAS Crane, LLC,    10700 Abbotts Bridge Road, Suite 170,
                 Duluth, GA 30097-8461
cr             +United States of America Department of the Treasur,    c/oOffice of U.S. Atty for W.D. of PA,
                 U.S. Post Office & Courthouse,    700 Grant Street,    Pittsburgh, PA 15219,
                 U.S.A. 15219-1906
14931227       +ACAR Leasing Ltd d/b/a GM Financial Leasing,    PO Box 183853,    Arlington, TX 76096-3853
14909480        American Educational Services,    P.O. Box 0001,    Payment Center,
                 Harrisburg, Pennsylvania 17130-0001
14909481       +Barclays,    P.O. Box 13337,    Philadelphia, Pennsylvania 19101-3337
14909486        Capital One Bank, N. A.,    P.O. Box 71087,    Charlotte, North Carolina 28272-1087
14909487        Cardmember Services - Amazon,    Marriot Rewards,    P.O. Box 1423,
                 Charlotte, North Carolina 28201-1423
14909497       #+Department of Education,    Fedloan Servicing,    P.O. Box 530210,    Atlanta, Georgia 30353-0210
14947873        Deutsche Bank Trust Company Americas, et.al.,    OCWEN LOAN SERVICING, LLC,
                 Attn: Bankruptcy Department,    P.O. BOX 24605,    WEST PALM BEACH FL 33416-4605
14909498        Discover,    P.O. Box 742655,    Cincinnati, Ohio 45274-2655
14909500       +Endeavor Agency, Inc.,    114 E. Morrison Street,    P.O. Box 303,    Fayette, MO 65248-0303
14913482       +First Associates Loan Servicing, LLC,    as agent for Lending USA,    P.O. Box 503430,
                 San Diego, CA 92150-3430
14909501       +First National Credit Card,    P.O. Box 2496,    Omaha, Nebraska 68103-2496
14909502        Freedom Mortgage,    P.O. Box 619063,    Dallas, Texas 75261-9063
14941327       +Freedom Mortgage Corporation,    Bankruptcy Department,    10500 Kincaid Drive,    Suite 300,
                 Fishers, IN 46037-9764
14909504        GM Financial Leasing,    75 Remittance Drive, Suite 1738,    Chicago, Illinois 60675-1738
14909505       +Home Depot Credit Services,    P.O. Box 790328,    St. Louis, Missouri 63179-0328
14909507        LendingUSA,    P.O. Box 206536,    Dallas, TX 75320-6536
14909508        Macy’s,    P.O. Box 78-008,    Phoenix, Arizona 85062-8008
14909512       +Ocwen Loan Servicing, LLC,    P.O. Box 24738,    West Palm Beach, Pennsylvania 33416-4738
14923210       +PHEAA,    PO Box 8147,    Harrisburg, PA 17105-8147
14909515        PNC Bank,    P.O. Box 856177,    Louisville, Kentucky 40285-6177
14948503       +PNC Bank, N.A.,    PO Box 94982,    Cleveland, OH 44101-4982
14909514        Phillips & Cohen Associates, Ltd.,    Mail Stop: 658,    1002 Justison Street,
                 Wilmington, Delaware 19801-5148
14941623        State Farm Bank,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern  PA 19355-0701
14909516       +State Farm Bank,    P.O. Box 23025,    Columbus, Georgia 31902. 31902-3025
14909521        Target Card Services,    P.O. Box 660170,    Dallas, Texas 75266-0170
14909522        Trugreen Processing Center,    P.O. Box 9001128,    Louisville, KY 40290-1128
15187435       +U.S. BANK NATIONAL ASSOCIATION, et al...,    P.O. Box 619096,    Dallas, TX 75261-9741,
                 Phone No. 75261-9096
14991131        U.S. Department of Education,    c/o FedLoan Servicing,    P.O. Box 69184,
                 Harrisburg, PA 17106-9184

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14932533       +E-mail/Text: bnc@advanceamerica.net Apr 03 2020 04:26:57     ACSO of Ohio, Inc.,
                 c/o Advance America,    135 North Church Street,    Spartanburg, SC 29306-5138
14909479       +E-mail/Text: bnc@advanceamerica.net Apr 03 2020 04:26:57     Advance America,
                 5963 South Avenue,    Boardman, OH 44512-3610
14933616        E-mail/PDF: resurgentbknotifications@resurgent.com Apr 03 2020 04:53:42
                 CVI SGP-CO Acquisition Trust C/O Resurgent Capital,    PO Box 10587,
                 Greenville, SC 29603-0587
14927449        E-mail/PDF: MerrickBKNotifications@Resurgent.com Apr 03 2020 04:51:36
                 CW Nexus Credit Card Holdings l, LLC,    Resurgent Capital Services,    PO Box 10368,
                 Greenville, SC 29603-0368
14909482        E-mail/Text: cms-bk@cms-collect.com Apr 03 2020 04:26:23     Capital Management Services, LP,
                 698 1/2 South Ogden Street,    Buffalo, New York 14206-2317
14909483        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 03 2020 04:53:31
                 Capital One - Maurices,    P.O. Box 71106,    Charlotte, North Carolina 28272-1106
14909484        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 03 2020 04:47:35
                 Capital One - Menard’s,    P.O. Box 71106,    Charlotte, North Carolina 28272-1106
14934203        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 03 2020 04:47:37
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
14909485        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 03 2020 04:50:23
                 Capital One Bank, N. A.,    P.O. Box 71083,    Charlotte, North Carolina 28272-1083
14934204        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 03 2020 04:47:40     Capital One, N.A.,
                 PO Box 71083,    Charlotte, NC 28272-1083
14909488        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 03 2020 04:26:25     Comenity - Avenue,
                 P.O. Box 659584,    San Antonio, Texas 78265-9584
```

```
District/off: 0315-2                  User: msch                    Page 2 of 3                   Date Rcvd: Apr 02, 2020
                                      Form ID: RSCcon3              Total Noticed: 82


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14909489       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 03 2020 04:26:25      Comenity - Bon Ton,
                 P.O. Box 659813,    San Antonio, Texas 78265-9113
14909490       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 03 2020 04:26:25      Comenity - Boscov's,
                 P.O. Box 659622,    San Antonio, Texas 78265-9622
14909491       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 03 2020 04:26:25      Comenity - Jared,
                 P.O. Box 659728,    San Antonio, Texas 78265-9728
14909492       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 03 2020 04:26:26
                 Comenity - Old Pueblo Traders,    P.O. Box 659465,    San Antonio, Texas 78265-9465
14909493       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 03 2020 04:26:26      Comenity - Overstock,
                 P.O. Box 659707,    San Antonio, Texas 78265-9707
14909494      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 03 2020 04:26:26      Comenity - Pier 1 Imports,
                 P.O. Box 659450,    San Antonio, Texas 78265-9450
14909495       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Apr 03 2020 04:26:26      Comenity - Venus,
                 P.O. Box 659617,    San Antonio, Texas 78265-9617
14909496       E-mail/PDF: creditonebknotifications@resurgent.com Apr 03 2020 04:53:33       Credit One Bank,
                 P.O. Box 60500,    City of Industry, California 91716-0500
14948261       E-mail/Text: bnc-quantum@quantum3group.com Apr 03 2020 04:26:33
                 Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA   98083-0657
14909499      +E-mail/Text: mrdiscen@discover.com Apr 03 2020 04:26:09      Discover,    P.O. Box 30421,
                 Salt Lake City, Utah 84130-0421
14913145       E-mail/Text: mrdiscen@discover.com Apr 03 2020 04:26:09      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH   43054-3025
14909503       E-mail/Text: GenesisFS@ebn.phinsolutions.com Apr 03 2020 04:27:47      Genesis FS Card Services,
                 P.O. Box 205458,    Dallas, TX 75320-5458
15169660       E-mail/Text: sbse.cio.bnc.mail@irs.gov Apr 03 2020 04:26:20      Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
15187680       E-mail/Text: JCAP_BNC_Notices@jcap.com Apr 03 2020 04:27:10      Jefferson Capital Systems, LLC,
                 PO Box 7999,    St. Cloud, MN 56302-9617
14909506      +E-mail/Text: bncnotices@becket-lee.com Apr 03 2020 04:26:17      Kohl's Payment Center,
                 P.O. Box 2983,    Milwaukee, Wisconsin 53201-2983
15160110       E-mail/PDF: resurgentbknotifications@resurgent.com Apr 03 2020 04:48:21       LVNV Funding LLC,
                 PO Box 10587,    Greenville, SC 29603-0587
14945231       E-mail/PDF: resurgentbknotifications@resurgent.com Apr 03 2020 04:47:57
                 LVNV Funding, LLC its successors and assigns as,    assignee of MHC Receivables, LLC and,
                 FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14945225       E-mail/PDF: resurgentbknotifications@resurgent.com Apr 03 2020 04:48:40
                 LVNV Funding, LLC its successors and assigns as,    assignee of Wilmington Savings Fund,
                 Society FSB,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14945226       E-mail/PDF: resurgentbknotifications@resurgent.com Apr 03 2020 04:47:52
                 LVNV Funding, LLC its successors and assigns as,    assignee of LendingClub Issuance,
                 Grantor Trust Series 2016-NP2,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
14909509       E-mail/PDF: MerrickBKNotifications@Resurgent.com Apr 03 2020 04:53:27       Merrick Bank,
                 P.O. Box 660175,    Dallas , Texas 75266-0175
14924727      +E-mail/Text: bankruptcy@sccompanies.com Apr 03 2020 04:27:48      Monroe & Main,
                 c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
14909510       E-mail/Text: bankruptcy@sccompanies.com Apr 03 2020 04:27:48      Monroe and Main,
                 1112 7th Avenue,    Monroe, WI 53566-1364
14909511       E-mail/Text: bankruptcy@sccompanies.com Apr 03 2020 04:27:48      Montgomery Ward,
                 1112 7th Avenue,    Monroe, WI 53566-1364
14924728      +E-mail/Text: bankruptcy@sccompanies.com Apr 03 2020 04:27:48      Montgomery Ward,
                 c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
14943078       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 03 2020 04:50:28
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14910624      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 03 2020 04:50:41
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14909513       E-mail/PDF: gecsedi@recoverycorp.com Apr 03 2020 04:50:24      PayPal Credit,    P.O. Box 105658,
                 Atlanta, Georgia 30348-5658
14935461       E-mail/Text: bnc-quantum@quantum3group.com Apr 03 2020 04:26:34
                 Quantum3 Group LLC as agent for,    GPCC I LLC,    PO Box 788,    Kirkland, WA   98083-0788
14944281       E-mail/Text: bnc-quantum@quantum3group.com Apr 03 2020 04:26:33
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA   98083-0788
14944282       E-mail/Text: bnc-quantum@quantum3group.com Apr 03 2020 04:26:33
                 Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
                 Kirkland, WA   98083-0788
14948551      +E-mail/Text: bncmail@w-legal.com Apr 03 2020 04:27:05      SYNCHRONY BANK,
                 c/o Weinstein & Riley, PS,    2001 Western Ave., Ste 400,    Seattle, WA 98121-3132
14948032      +E-mail/PDF: gecsedi@recoverycorp.com Apr 03 2020 04:47:31      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
14909517       E-mail/PDF: gecsedi@recoverycorp.com Apr 03 2020 04:53:18      Synchrony Bank/Amazon,
                 P.O. Box 960013,    Orlando, Florida 32896-0013
14909519       E-mail/PDF: gecsedi@recoverycorp.com Apr 03 2020 04:53:14      Synchrony Bank/SR,
                 P.O. Box 530916,    Atlanta, Georgia 30353-0916
14909518       E-mail/PDF: gecsedi@recoverycorp.com Apr 03 2020 04:53:16      Synchrony Bank/Sewing and More,
                 P.O. Box 960061,    Orlando, Florida 32896-0061
14909520       E-mail/PDF: gecsedi@recoverycorp.com Apr 03 2020 04:53:15      Synchrony Bank/TJX Rewards,
                 P.O. Box 530948,    Atlanta, Georgia 30353-0948
```

```
District/off: 0315-2           User: msch                  Page 3 of 3                   Date Rcvd: Apr 02, 2020
                               Form ID: RSCcon3            Total Noticed: 82
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
14946978       +E-mail/Text: bncmail@w-legal.com Apr 03 2020 04:27:05      TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
14942949        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 03 2020 04:55:44      Verizon,
                 by American InfoSource as agent,   PO Box 248838,    Oklahoma City, OK  73124-8838
                                                                                              TOTAL: 49

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE E
cr              FREEDOM MORTGAGE CORPORATION
cr              U.S. Bank National Association, et al
cr              U.S. Bank National Association, not in its indvidu
cr*            +LVNV Funding LLC,   PO Box 10587,   Greenville, SC 29603-0587
cr*            +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                     TOTALS: 4, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 04, 2020                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 2, 2020 at the address(es) listed below:
```
              Francis E. Corbett    on behalf of Joint Debtor Leanne M. Foster fcorbett@fcorbettlaw.com,
               fcorbett7@gmail.com
              Francis E. Corbett    on behalf of Debtor Richard A. Foster fcorbett@fcorbettlaw.com,
               fcorbett7@gmail.com
              James Warmbrodt     on behalf of Creditor    U.S. Bank National Association, not in indvidual
               capacity but soley as Trustee for the NRZPass-ThroughTrustVII bkgroup@kmllawgroup.com
              James Warmbrodt     on behalf of Creditor    Freedom Mortgage Corporation bkgroup@kmllawgroup.com
              James Warmbrodt     on behalf of Creditor    FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com
              Jill Locnikar    on behalf of Creditor    United States of America Department of the Treasury,
               Internal Revenue Service jill.locnikar@usdoj.gov,
               patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;Marla.Kirkland@usdoj.gov
              Jodi L. Hause    on behalf of Creditor    U.S. Bank National Association, et al
               jodi.hause@phelanhallinan.com, pawb@fedphe.com
              Mario J. Hanyon    on behalf of Creditor    DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE ET.
               AL. pawb@fedphe.com
              Mario J. Hanyon    on behalf of Creditor    U.S. Bank National Association, et al pawb@fedphe.com
              Mario J. Hanyon    on behalf of Creditor    Freedom Mortgage Corporation pawb@fedphe.com
              Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
              Robert Davidow    on behalf of Creditor    DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE ET.
               AL. robert.davidow@phelanhallinan.com
              Robert Davidow    on behalf of Creditor    U.S. Bank National Association, et al
               robert.davidow@phelanhallinan.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              Sindi Mncina    on behalf of Creditor    U.S. Bank National Association smncina@rascrane.com
              Thomas Song    on behalf of Creditor    DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE ET. AL.
               pawb@fedphe.com
              Thomas Song    on behalf of Creditor    FREEDOM MORTGAGE CORPORATION pawb@fedphe.com
              Thomas Song    on behalf of Creditor    Freedom Mortgage Corporation pawb@fedphe.com
                                                                                              TOTAL: 18
```