Form 149

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Richard A. Foster
Leanne M. Foster**
   Debtor(s)

Bankruptcy Case No.: 18–23502–JAD
Issued per 7/16/2020 Proceeding
Chapter: 13
Docket No.: 111 – 80, 108, 109
Concil. Conf.: at

### ORDER OF COURT CONFIRMING PLAN AS MODIFIED
### AND SETTING DEADLINES FOR CERTAIN ACTIONS

*(1.) PLAN CONFIRMATION:*

      IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated 5/22/2020 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☑ A.   For the remainder of the Plan term, the periodic Plan payment is amended to be $3,879 as of August 2020. Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐ B.   The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☐ C.   Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on at , in .* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐ D.   Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐ E.   The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐ F.   shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☐ G.   The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: .

☑ H.   Additional Terms: Fee application needed if any fee (including retainer) exceeds $4000 including any fees paid to prior counsel.

US Dept. of Education [Claim #47–2] will not receive further payments but prior payments were proper.

*(2.)    IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.    Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.    Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.    Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.    Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.    Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)*  **IT IS FURTHER ORDERED THAT:**

**A.**  After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.**  Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.**  Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty–one (21) days prior to the change taking effect.

**D.**  Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016–1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.**  The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre–confirmation defaults in any subsequent motion to dismiss.

**F.**  In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

Dated: July 21, 2020

<u>Jeffery A. Deller</u>
United States Bankruptcy Judge

cc:  All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 18-23502-JAD
Richard A. Foster                                                         Chapter 13
Leanne M. Foster
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2         User: skoz              Page 1 of 3           Date Rcvd: Jul 22, 2020
                             Form ID: 149            Total Noticed: 82

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 24, 2020.
db/jdb         +Richard A. Foster,    Leanne M. Foster,    315 E. Hazelcroft Avenue,    New Castle, PA 16105-2177
cr             +First Associates Loan Servicing, LLC,    as agent for Lending USA,    PO Box 503430,
                 San Diego, CA 92150,    UNITED STATES 92150-3430
cr             +Freedom Mortgage Corporation,    c/o McCalla Raymer Leibert Pierce, LLC,    Bankruptcy Department,
                 1544 Old Alabama Road,    Roswell, GA 30076-2102
cr             +U.S. Bank National Association,    RAS Crane, LLC,    10700 Abbotts Bridge Road, Suite 170,
                 Duluth, GA 30097-8461
cr             +United States of America Department of the Treasur,    c/oOffice of U.S. Atty for W.D. of PA,
                 U.S. Post Office & Courthouse,    700 Grant Street,    Pittsburgh, PA  15219,
                 U.S.A. 15219-1906
14931227       +ACAR Leasing Ltd d/b/a GM Financial Leasing,    PO Box 183853,    Arlington, TX 76096-3853
14909480        American Educational Services,    P.O. Box 0001,    Payment Center,
                 Harrisburg, Pennsylvania 17130-0001
14909481       +Barclays,    P.O. Box 13337,    Philadelphia, Pennsylvania 19101-3337
14909486        Capital One Bank, N. A.,    P.O. Box 71087,    Charlotte, North Carolina 28272-1087
14909497       #+Department of Education,    Fedloan Servicing,    P.O. Box 530210,    Atlanta, Georgia 30353-0210
14947873        Deutsche Bank Trust Company Americas, et.al.,    OCWEN LOAN SERVICING, LLC,
                 Attn: Bankruptcy Department,    P.O. BOX 24605,    WEST PALM BEACH FL 33416-4605
14909498        Discover,    P.O. Box 742655,    Cincinnati, Ohio 45274-2655
14909500       +Endeavor Agency, Inc.,    114 E. Morrison Street,    P.O. Box 303,    Fayette, MO 65248-0303
14913482       +First Associates Loan Servicing, LLC,    as agent for Lending USA,    P.O. Box 503430,
                 San Diego, CA 92150-3430
14909501       +First National Credit Card,    P.O. Box 2496,    Omaha, Nebraska 68103-2496
14909502        Freedom Mortgage,    P.O. Box 619063,    Dallas, Texas 75261-9063
14941327       +Freedom Mortgage Corporation,    Bankruptcy Department,    10500 Kincaid Drive,    Suite 300,
                 Fishers, IN 46037-9764
14909504        GM Financial Leasing,    75 Remittance Drive, Suite 1738,    Chicago, Illinois 60675-1738
14909505       +Home Depot Credit Services,    P.O. Box 790328,    St. Louis, Missouri 63179-0328
14909507        LendingUSA,    P.O. Box 206536,    Dallas, TX 75320-6536
14909508        Macy's,    P.O. Box 78-008,    Phoenix, Arizona 85062-8008
14909512       +Ocwen Loan Servicing, LLC,    P.O. Box 24738,    West Palm Beach, Pennsylvania 33416-4738
14923210       +PHEAA,    PO Box 8147,    Harrisburg, PA 17105-8147
14909515        PNC Bank,    P.O. Box 856177,    Louisville, Kentucky 40285-6177
14948503       +PNC Bank, N.A.,    PO Box 94982,    Cleveland, OH 44101-4982
14909514        Phillips & Cohen Associates, Ltd.,    Mail Stop: 658,    1002 Justison Street,
                 Wilmington, Delaware 19801-5148
14941623        State Farm Bank,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
14909516       +State Farm Bank,    P.O. Box 23025,    Columbus, Georgia 31902. 31902-3025
14909521        Target Card Services,    P.O. Box 660170,    Dallas, Texas 75266-0170
14909522        Trugreen Processing Center,    P.O. Box 9001128,    Louisville, KY 40290-1128
15187435       +U.S. BANK NATIONAL ASSOCIATION, et al...,    P.O. Box 619096,    Dallas, TX 75261-9741,
                 Phone No. 75261-9096
14991131        U.S. Department of Education,    c/o FedLoan Servicing,    P.O. Box 69184,
                 Harrisburg, PA 17106-9184

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14932533       +E-mail/Text: bnc@advanceamerica.net Jul 23 2020 05:03:25     ACSO of Ohio, Inc.,
                 c/o Advance America,    135 North Church Street,    Spartanburg, SC 29306-5138
14909479       +E-mail/Text: bnc@advanceamerica.net Jul 23 2020 05:03:25     Advance America,
                 5963 South Avenue,    Boardman, OH 44512-3610
14933616        E-mail/PDF: resurgentbknotifications@resurgent.com Jul 23 2020 04:58:26
                 CVI SGP-CO Acquisition Trust C/O Resurgent Capital,    PO Box 10587,
                 Greenville, SC 29603-0587
14927449        E-mail/PDF: MerrickBKNotifications@Resurgent.com Jul 23 2020 04:58:09
                 CW Nexus Credit Card Holdings l, LLC,    Resurgent Capital Services,    PO Box 10368,
                 Greenville, SC 29603-0368
14909482        E-mail/Text: cms-bk@cms-collect.com Jul 23 2020 05:02:38     Capital Management Services, LP,
                 698 1/2 South Ogden Street,    Buffalo, New York 14206-2317
14909483        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 23 2020 04:59:00
                 Capital One - Maurices,    P.O. Box 71106,    Charlotte, North Carolina 28272-1106
14909484        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 23 2020 04:59:51
                 Capital One - Menard's,    P.O. Box 71106,    Charlotte, North Carolina 28272-1106
14934203        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 23 2020 04:58:14
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
14909485        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 23 2020 04:59:52
                 Capital One Bank, N. A.,    P.O. Box 71083,    Charlotte, North Carolina 28272-1083
14934204        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jul 23 2020 04:59:01     Capital One, N.A.,
                 PO Box 71083,    Charlotte, NC  28272-1083
14909488        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 23 2020 05:02:46     Comenity - Avenue,
                 P.O. Box 659584,    San Antonio, Texas 78265-9584
14909489        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 23 2020 05:02:47     Comenity - Bon Ton,
                 P.O. Box 659813,    San Antonio, Texas 78265-9113

```
District/off: 0315-2                  User: skoz                    Page 2 of 3                   Date Rcvd: Jul 22, 2020
                                      Form ID: 149                  Total Noticed: 82


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14909490        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 23 2020 05:02:47      Comenity - Boscov's,
                 P.O. Box 659622,    San Antonio, Texas 78265-9622
14909491        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 23 2020 05:02:47      Comenity - Jared,
                 P.O. Box 659728,    San Antonio, Texas 78265-9728
14909492        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 23 2020 05:02:47
                 Comenity - Old Pueblo Traders,    P.O. Box 659465,    San Antonio, Texas 78265-9465
14909493        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 23 2020 05:02:47      Comenity - Overstock,
                 P.O. Box 659707,    San Antonio, Texas 78265-9707
14909494       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 23 2020 05:02:47      Comenity - Pier 1 Imports,
                 P.O. Box 659450,    San Antonio, Texas 78265-9450
14909495        E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jul 23 2020 05:02:48      Comenity - Venus,
                 P.O. Box 659617,    San Antonio, Texas 78265-9617
14909496        E-mail/PDF: creditonebknotifications@resurgent.com Jul 23 2020 04:59:06      Credit One Bank,
                 P.O. Box 60500,    City of Industry, California 91716-0500
14948261        E-mail/Text: bnc-quantum@quantum3group.com Jul 23 2020 05:02:56
                 Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA  98083-0657
14909499       +E-mail/Text: mrdiscen@discover.com Jul 23 2020 05:02:24      Discover,   P.O. Box 30421,
                 Salt Lake City, Utah 84130-0421
14913145        E-mail/Text: mrdiscen@discover.com Jul 23 2020 05:02:24      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
14909503        E-mail/Text: GenesisFS@ebn.phinsolutions.com Jul 23 2020 05:04:19      Genesis FS Card Services,
                 P.O. Box 205458,    Dallas, TX 75320-5458
15169660        E-mail/Text: sbse.cio.bnc.mail@irs.gov Jul 23 2020 05:02:36      Internal Revenue Service,
                 PO Box 7346,    Philadelphia, PA 19101-7346
15187680        E-mail/Text: JCAP_BNC_Notices@jcap.com Jul 23 2020 05:03:40      Jefferson Capital Systems, LLC,
                 PO Box 7999,    St. Cloud, MN 56302-9617
14909487        E-mail/PDF: ais.chase.ebn@americaninfosource.com Jul 23 2020 04:58:12
                 Cardmember Services - Amazon,    Marriot Rewards,    P.O. Box 1423,
                 Charlotte, North Carolina 28201-1423
14909506       +E-mail/Text: bncnotices@becket-lee.com Jul 23 2020 05:02:31      Kohl's Payment Center,
                 P.O. Box 2983,    Milwaukee, Wisconsin 53201-2983
15160110        E-mail/PDF: resurgentbknotifications@resurgent.com Jul 23 2020 04:59:11      LVNV Funding LLC,
                 PO Box 10587,    Greenville, SC 29603-0587
14945231        E-mail/PDF: resurgentbknotifications@resurgent.com Jul 23 2020 04:59:13
                 LVNV Funding, LLC its successors and assigns as,    assignee of MHC Receivables, LLC and,
                 FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14945225        E-mail/PDF: resurgentbknotifications@resurgent.com Jul 23 2020 04:58:27
                 LVNV Funding, LLC its successors and assigns as,    assignee of Wilmington Savings Fund,
                 Society FSB,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14945226        E-mail/PDF: resurgentbknotifications@resurgent.com Jul 23 2020 04:58:28
                 LVNV Funding, LLC its successors and assigns as,    assignee of LendingClub Issuance,
                 Grantor Trust Series 2016-NP2,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
14909509        E-mail/PDF: MerrickBKNotifications@Resurgent.com Jul 23 2020 04:59:45      Merrick Bank,
                 P.O. Box 660175,    Dallas , Texas 75266-0175
14924727       +E-mail/Text: bankruptcy@sccompanies.com Jul 23 2020 05:04:19      Monroe & Main,
                 c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
14909510        E-mail/Text: bankruptcy@sccompanies.com Jul 23 2020 05:04:19      Monroe and Main,
                 1112 7th Avenue,    Monroe, WI 53566-1364
14909511        E-mail/Text: bankruptcy@sccompanies.com Jul 23 2020 05:04:19      Montgomery Ward,
                 1112 7th Avenue,    Monroe, WI 53566-1364
14924728       +E-mail/Text: bankruptcy@sccompanies.com Jul 23 2020 05:04:19      Montgomery Ward,
                 c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
14943078        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 23 2020 04:58:30
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14910624       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 23 2020 04:59:13
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14909513        E-mail/PDF: gecsedi@recoverycorp.com Jul 23 2020 04:58:11      PayPal Credit,   P.O. Box 105658,
                 Atlanta, Georgia 30348-5658
14935461        E-mail/Text: bnc-quantum@quantum3group.com Jul 23 2020 05:02:57
                 Quantum3 Group LLC as agent for,    GPCC I LLC,    PO Box 788,    Kirkland, WA  98083-0788
14944281        E-mail/Text: bnc-quantum@quantum3group.com Jul 23 2020 05:02:56
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
14944282        E-mail/Text: bnc-quantum@quantum3group.com Jul 23 2020 05:02:56
                 Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
                 Kirkland, WA  98083-0788
14948551       +E-mail/Text: bncmail@w-legal.com Jul 23 2020 05:03:32      SYNCHRONY BANK,
                 c/o Weinstein & Riley, PS,    2001 Western Ave., Ste 400,    Seattle, WA 98121-3132
14948032       +E-mail/PDF: gecsedi@recoverycorp.com Jul 23 2020 04:58:11      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
14909517        E-mail/PDF: gecsedi@recoverycorp.com Jul 23 2020 04:59:47      Synchrony Bank/Amazon,
                 P.O. Box 960013,    Orlando, Florida 32896-0013
14909519        E-mail/PDF: gecsedi@recoverycorp.com Jul 23 2020 04:59:51      Synchrony Bank/SR,
                 P.O. Box 530916,    Atlanta, Georgia 30353-0916
14909518        E-mail/PDF: gecsedi@recoverycorp.com Jul 23 2020 04:58:57      Synchrony Bank/Sewing and More,
                 P.O. Box 960061,    Orlando, Florida 32896-0061
```

```
District/off: 0315-2             User: skoz                Page 3 of 3               Date Rcvd: Jul 22, 2020
                                 Form ID: 149              Total Noticed: 82
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
14909520        E-mail/PDF: gecsedi@recoverycorp.com Jul 23 2020 04:59:47     Synchrony Bank/TJX Rewards,
                 P.O. Box 530948,    Atlanta, Georgia 30353-0948
14946978       +E-mail/Text: bncmail@w-legal.com Jul 23 2020 05:03:32      TD Bank USA, N.A.,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
14942949        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 23 2020 04:59:24      Verizon,
                 by American InfoSource as agent,    PO Box 248838,   Oklahoma City, OK  73124-8838
                                                                                               TOTAL: 50

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE E
cr             FREEDOM MORTGAGE CORPORATION
cr             U.S. Bank National Association, et al
cr             U.S. Bank National Association, not in its indvidu
cr*           +LVNV Funding LLC,    PO Box 10587,   Greenville, SC 29603-0587
cr*           +PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                TOTALS: 4, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2020                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 21, 2020 at the address(es) listed below:
```
          Francis E. Corbett    on behalf of Joint Debtor Leanne M. Foster fcorbett@fcorbettlaw.com,
           fcorbett7@gmail.com
          Francis E. Corbett    on behalf of Debtor Richard A. Foster fcorbett@fcorbettlaw.com,
           fcorbett7@gmail.com
          James Warmbrodt    on behalf of Creditor   U.S. Bank National Association, not in its indvidual
           capacity but soley as Trustee for the NRZPass-ThroughTrustVII bkgroup@kmllawgroup.com
          James Warmbrodt    on behalf of Creditor    Freedom Mortgage Corporation bkgroup@kmllawgroup.com
          James Warmbrodt    on behalf of Creditor    FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com
          Jill Locnikar    on behalf of Creditor    United States of America Department of the Treasury,
           Internal Revenue Service jill.locnikar@usdoj.gov,
           patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov
          Mario J. Hanyon    on behalf of Creditor    DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE ET.
           AL. pawb@fedphe.com
          Mario J. Hanyon    on behalf of Creditor    U.S. Bank National Association, et al pawb@fedphe.com
          Mario J. Hanyon    on behalf of Creditor    Freedom Mortgage Corporation pawb@fedphe.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Robert Davidow    on behalf of Creditor    U.S. Bank National Association, et al
           robert.davidow@phelanhallinan.com
          Robert Davidow    on behalf of Creditor    DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE ET.
           AL. robert.davidow@phelanhallinan.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          Sindi Mncina    on behalf of Creditor    U.S. Bank National Association smncina@rascrane.com
          Thomas Song    on behalf of Creditor    U.S. Bank National Association, not in its indvidual
           capacity but soley as Trustee for the NRZPass-ThroughTrustVII pawb@fedphe.com
          Thomas Song    on behalf of Creditor    DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE ET. AL.
           pawb@fedphe.com
          Thomas Song    on behalf of Creditor    FREEDOM MORTGAGE CORPORATION pawb@fedphe.com
          Thomas Song    on behalf of Creditor    Freedom Mortgage Corporation pawb@fedphe.com
                                                                                               TOTAL: 18
```