# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>RICHARD A. FOSTER<br>LEANNE M. FOSTER<br><br>        Debtor(s)<br>RONDA J. WINNECOUR,<br>Standing Chapter 13 Trustee,<br><br>        Movant<br>vs.<br>US BANK NA - TRUSTEE NRZ<br>PASS-THRU TRUST VII<br>        Respondents | Case No. 18-23502JAD<br><br>Chapter 13<br><br><br>Document No __ |

## NOTICE OF FUNDS ON RESERVE

The Movant, Ronda J. Winnecour, Chapter 13 Standing Trustee, gives notice to the above named Respondent that she has placed the Respondent-creditor's claim (identified below) on reserve, pursuant to W. PA. LBR 3002-3(f)(2), for the following reason:

> The creditor has returned a check from the Trustee.  No further payments will be issued on this debt until the creditor satisfactorily explains the returned check and acknowledges that it will accept future payments.

| | |
|---|---|
| US BANK NA - TRUSTEE NRZ PASS-THRU TRUST VII<br>C/O NATIONSTAR MTG LLC dba MR. COOPER(*)<br>PO BOX 619094<br>DALLAS, TX 75261-9741 | Court claim# 42/Trustee CID# 6 |

The Movant further certifies that on 08/19/2020 , copies of this notice were served on the parties required to be served pursuant to W.PA.LBR 3002-3(g).

| | |
|---|---|
| | /s/ Ronda J. Winnecour<br>RONDA J WINNECOUR PA ID #30399<br>CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |
| cc:  debtor(s)<br>      original creditor<br>      putative creditor<br>      counsel for debtor(s)<br>      counsel for the creditor(s) (if known) | |

| | |
|---|---|
| DEBTOR(S):<br>RICHARD A. FOSTER, LEANNE M. FOSTER, 315 E. HAZELCROFT AVENUE, NEW CASTLE, PA  16105 | DEBTOR'S COUNSEL:<br>FRANCIS E CORBETT ESQ, MITCHELL BUILDING - 707, 304 ROSS ST, PITTSBURGH, PA  15219 |
| ORIGINAL CREDITOR'S COUNSEL:<br>KML LAW GROUP PC*, 701 MARKET ST STE 5000, PHILADELPHIA, PA  19106 | :<br>NATIONSTAR MORTGAGE LLC D/B/A MR COOPER**, ATTN BANKRUPTCY NOTICING, PO BOX 619096, DALLAS, TX  75261-9741 |
| ORIGINAL CREDITOR:<br>US BANK NA - TRUSTEE NRZ PASS-THRU TRUST VII, C/O NATIONSTAR MTG LLC dba MR. COOPER(*), PO BOX 619094, DALLAS, TX  75261-9741 | |
| NEW CREDITOR: | |