2100 B (12/15)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 18-23502-JAD
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Richard A. Foster<br>315 E. Hazelcroft Avenue<br>New Castle PA 16105 | Leanne M. Foster<br>315 E. Hazelcroft Avenue<br>New Castle PA 16105 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10/26/2020.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 42: U.S. BANK NATIONAL ASSOCIATION, et al..., P.O. Box 619096, Dallas, TX 75261-9741, Phone No. 877-343-5602 | SN Servicing Corporation<br>323 Fifth Street<br>Eureka, CA 95501 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/29/20

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Richard A. Foster  
Leanne M. Foster  
    Debtor(s)

Case No. 18-23502-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: dkam      Page 1 of 2  
Date Rcvd: Oct 27, 2020      Form ID: trc      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| 15187435 | + U.S. BANK NATIONAL ASSOCIATION, et al..., P.O. Box 619096, Dallas, TX 75261-9741, Phone No. 75261-9096 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2020      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor U.S. Bank National Association not in its indvidual capacity but soley as Trustee for the NRZPass-ThroughTrustVII bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com |
| Francis E. Corbett | on behalf of Joint Debtor Leanne M. Foster fcorbett@fcorbettlaw.com fcorbett7@gmail.com |
| Francis E. Corbett | on behalf of Debtor Richard A. Foster fcorbett@fcorbettlaw.com fcorbett7@gmail.com |

Case 18-23502-JAD    Doc 120    Filed 10/29/20    Entered 10/30/20 09:33:36    Desc
Imaged Certificate of Notice    Page 3 of 3

| District/off: 0315-2 | User: dkam | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 27, 2020 | Form ID: trc | Total Noticed: 1 |

Jill Locnikar
    on behalf of Creditor United States of America Department of the Treasury  Internal Revenue Service jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov

Mario J. Hanyon
    on behalf of Creditor DEUTSCHE BANK TRUST COMPANY AMERICAS  AS TRUSTEE ET. AL. pawb@fedphe.com

Mario J. Hanyon
    on behalf of Creditor U.S. Bank National Association  et al pawb@fedphe.com

Mario J. Hanyon
    on behalf of Creditor Freedom Mortgage Corporation pawb@fedphe.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Robert Davidow
    on behalf of Creditor U.S. Bank National Association  et al robert.davidow@phelanhallinan.com

Robert Davidow
    on behalf of Creditor DEUTSCHE BANK TRUST COMPANY AMERICAS  AS TRUSTEE ET. AL. robert.davidow@phelanhallinan.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Sindi Mncina
    on behalf of Creditor U.S. Bank National Association smncina@rascrane.com

Thomas Song
    on behalf of Creditor U.S. Bank National Association  not in its indvidual capacity but soley as Trustee for the NRZPass-ThroughTrustVII pawb@fedphe.com

Thomas Song
    on behalf of Creditor DEUTSCHE BANK TRUST COMPANY AMERICAS  AS TRUSTEE ET. AL. pawb@fedphe.com

Thomas Song
    on behalf of Creditor FREEDOM MORTGAGE CORPORATION pawb@fedphe.com

Thomas Song
    on behalf of Creditor Freedom Mortgage Corporation pawb@fedphe.com

TOTAL: 18