# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) Case No. 18-23502-JAD |
| | ) |
| **Richard A. Foster,** | ) Chapter 13 |
| **Leanne M. Foster,** | ) |
|       Debtors, | ) |
| | ) Document No. |
| **Richard A. Foster,** | ) |
| **Leanne M. Foster,** | ) Related to Doc. No. 123 |
|       Movants, | ) |
|   vs. | ) |
| | ) |
| **Ronda J. Winnecour, Chapter 13 Trustee,** | ) |
| | ) |
|       Respondent. | ) |
| | ) |

## Certificate of Service of Order to Approve Car Financing

I certify under penalty of perjury that I served the above Order on the parties at the addresses specified below via NECF:

Office of the U.S. Trustee, ustpregion03.pi.ecf@usdoj.gov
Ronda J. Winnecour, Chapter 13 Trustee, cmecf@chapter13trusteewdpa.com
James Warmbrodt, Esquire bkgroup@kmllawgroup.com
Mario J. Hanyon, Esquire pawb@fedphe.com
Thomas Song, Esquire pawb@fedphe.com
Robert Davidow, Esquire robert.davidow@phelanhallinan.com
Jodi L. Hause, Esquire Jodi.hause@phelanhallinan.com
Jill Locnikar, Esquire jill.locnikar@usdoj.gov
Sindi Mncina, Esquire smncina@rascrane.com

And on the remaining parties to the attached mailing matrix via first class mail.


EXECUTED ON: 11/18/20        **/s/ Francis E. Corbett**
                                      **Francis E. Corbett, Esquire, PA I.D. #37594**
                                      fcorbett@fcorbettlaw.com
                                      **Mitchell Building - 707**
                                      **304 Ross Street**
                                      **Pittsburgh, PA  15219-2230**
                                      **(412) 456-1882**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-2<br>Case 18-23502-JAD<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Pittsburgh<br>Sun May 24 13:24:38 EDT 2020 | ACAR Leasing Ltd d/b/a GM Financial Leasing<br>PO Box 183853<br>Arlington, TX 76096-3853 | ACSO of Ohio, Inc.<br>c/o Advance America<br>135 North Church Street<br>Spartanburg, SC 29306-5138 |
| Advance America<br>5963 South Avenue<br>Boardman, OH 44512-3610 | American Educational Services<br>P.O. Box 0001<br>Payment Center<br>Harrisburg, Pennsylvania 17130-0001 | Barclays<br>P.O. Box 13337<br>Philadelphia, Pennsylvania 19101-3337 |
| CVI SGP-CO Acquisition Trust C/O Resurgent C<br>PO Box 10587<br>Greenville, SC 29603-0587 | CW Nexus Credit Card Holdings 1, LLC<br>Resurgent Capital Services<br>PO Box 10368<br>Greenville, SC 29603-0368 | Capital Management Services, LP<br>698 1/2 South Ogden Street<br>Buffalo, New York 14206-2317 |
| Capital One - Maurices<br>P.O. Box 71106<br>Charlotte, North Carolina 28272-1106 | Capital One - Menard's<br>P.O. Box 71106<br>Charlotte, North Carolina 28272-1106 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC  28272-1083 |
| Capital One Bank, N. A.<br>P.O. Box 71083<br>Charlotte, North Carolina 28272-1083 | Capital One Bank, N. A.<br>P.O. Box 71087<br>Charlotte, North Carolina 28272-1087 | Capital One, N.A.<br>PO Box 71083<br>Charlotte, NC  28272-1083 |
| (p)JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | Comenity - Avenue<br>P.O. Box 659584<br>San Antonio, Texas 78265-9584 | Comenity - Bon Ton<br>P.O. Box 659813<br>San Antonio, Texas 78265-9113 |
| Comenity - Boscov's<br>P.O. Box 659622<br>San Antonio, Texas 78265-9622 | Comenity - Jared<br>P.O. Box 659728<br>San Antonio, Texas 78265-9728 | Comenity - Old Pueblo Traders<br>P.O. Box 659465<br>San Antonio, Texas 78265-9465 |
| Comenity - Overstock<br>P.O. Box 659707<br>San Antonio, Texas 78265-9707 | Comenity - Pier 1 Imports<br>P.O. Box 659450<br>San Antonio, Texas 78265-9450 | Comenity - Venus<br>P.O. Box 659617<br>San Antonio, Texas 78265-9617 |
| Francis E. Corbett<br>Mitchell Building - 707<br>304 Ross Street<br>Pittsburgh, PA 15219-2124 | Credit One Bank<br>P.O. Box 60500<br>City of Industry, California 91716-0500 | Robert Davidow<br>Phelan Hallinan Diamond & Jones<br>1617 JKF Blvd.<br>Philadelphia, PA 19103 |
| Department Stores National Bank<br>c/o Quantum3 Group LLC<br>PO Box 657<br>Kirkland, WA  98083-0657 | Department of Education<br>Fedloan Servicing<br>P.O. Box 530210<br>Atlanta, Georgia 30353-0210 | Deutsche Bank Trust Company Americas, et.al.<br>OCWEN LOAN SERVICING, LLC<br>Attn: Bankruptcy Department<br>P.O. BOX 24605<br>WEST PALM BEACH FL 33416-4605 |

| | | |
|---|---|---|
| Discover<br>P.O. Box 30421<br>Salt Lake City, Utah 84130-0421 | Discover<br>P.O. Box 742655<br>Cincinnati, Ohio 45274-2655 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH  43054-3025 |
| Endeavor Agency, Inc.<br>114 E. Morrison Street<br>P.O. Box 303<br>Fayette, MO 65248-0303 | First Associates Loan Servicing, LLC<br>as agent for Lending USA<br>PO Box 503430<br>San Diego, CA 92150-3430 | First National Credit Card<br>P.O. Box 2496<br>Omaha, Nebraska 68103-2496 |
| Leanne M. Foster<br>315 E. Hazelcroft Avenue<br>New Castle, PA 16105-2177 | Richard A. Foster<br>315 E. Hazelcroft Avenue<br>New Castle, PA 16105-2177 | Freedom Mortgage<br>P.O. Box 619063<br>Dallas, Texas 75261-9063 |
| Freedom Mortgage Corporation<br>c/o McCalla Raymer Leibert Pierce, LLC<br>Bankruptcy Department<br>1544 Old Alabama Road<br>Roswell, GA 30076-2102 | Freedom Mortgage Corporation<br>Bankruptcy Department<br>10500 Kincaid Drive<br>Suite 300<br>Fishers, IN 46037-9764 | GM Financial Leasing<br>75 Remittance Drive, Suite 1738<br>Chicago, Illinois 60675-1738 |
| Genesis FS Card Services<br>P.O. Box 205458<br>Dallas, TX 75320-5458 | Mario J. Hanyon<br>Phelan Hallinan Diamond & Jones, LLP<br>Omni William Penn Office Tower<br>555 Grant Street, Suite 300<br>Pittsburgh, PA 15219-4408 | Home Depot Credit Services<br>P.O. Box 790328<br>St. Louis, Missouri 63179-0328 |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 | Kohl's Payment Center<br>P.O. Box 2983<br>Milwaukee, Wisconsin 53201-2983 |
| LVNV Funding LLC<br>PO Box 10587<br>Greenville, SC 29603-0587 | LVNV Funding, LLC its successors and assigns<br>assignee of LendingClub Issuance<br>Grantor Trust Series 2016-NP2<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | LVNV Funding, LLC its successors and assigns<br>assignee of MHC Receivables, LLC and<br>FNBM, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| LVNV Funding, LLC its successors and assigns<br>assignee of Wilmington Savings Fund<br>Society FSB<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | LendingUSA<br>P.O. Box 206536<br>Dallas, TX 75320-6536 | Jill Locnikar<br>U.S. Attorney's Office<br>700 Grant Street, Suite 4000<br>Pittsburgh, PA 15219-1955 |
| Macy's<br>P.O. Box 78-008<br>Phoenix, Arizona 85062-8008 | Merrick Bank<br>P.O. Box 660175<br>Dallas , Texas 75266-0175 | Sindi Mncina<br>RAS Crane LLC<br>10700 Abbott's Bridge Road<br>Suite 170<br>Duluth, GA 30097-8461 |
| Monroe & Main<br>c/o Creditors Bankruptcy Service<br>P.O. Box 800849<br>Dallas, TX 75380-0849 | Monroe and Main<br>1112 7th Avenue<br>Monroe, WI 53566-1364 | Montgomery Ward<br>1112 7th Avenue<br>Monroe, WI 53566-1364 |

| | | |
|---|---|---|
| Montgomery Ward<br>c/o Creditors Bankruptcy Service<br>P.O. Box 800849<br>Dallas, TX 75380-0849 | Ocwen Loan Servicing, LLC<br>P.O. Box 24738<br>West Palm Beach, Pennsylvania 33416-4738 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 |
| PHEAA<br>PO Box 8147<br>Harrisburg, PA 17105-8147 | PNC Bank<br>P.O. Box 856177<br>Louisville, Kentucky 40285-6177 | PNC Bank, N.A.<br>PO Box 94982<br>Cleveland, OH 44101-4982 |
| PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | PayPal Credit<br>P.O. Box 105658<br>Atlanta, Georgia 30348-5658 | Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 |
| Phillips & Cohen Associates, Ltd.<br>Mail Stop: 658<br>1002 Justison Street<br>Wilmington, Delaware 19801-5148 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA  98083-0788 |
| Quantum3 Group LLC as agent for<br>Comenity Capital Bank<br>PO Box 788<br>Kirkland, WA  98083-0788 | Quantum3 Group LLC as agent for<br>GPCC I LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 | SYNCHRONY BANK<br>c/o Weinstein & Riley, PS<br>2001 Western Ave., Ste 400<br>Seattle, WA 98121-3132 |
| Thomas Song<br>Phelan Hallinan Diamond & Jones, LLP<br>1617 JFK Boulevard<br>Suite 1400<br>Philadelphia, PA 19103-1814 | State Farm Bank<br>P.O. Box 23025<br>Columbus, Georgia 31902. 31902-3025 | State Farm Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 |
| Synchrony Bank<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk VA 23541-1021 | Synchrony Bank/Amazon<br>P.O. Box 960013<br>Orlando, Florida 32896-0013 | Synchrony Bank/SR<br>P.O. Box 530916<br>Atlanta, Georgia 30353-0916 |
| Synchrony Bank/Sewing and More<br>P.O. Box 960061<br>Orlando, Florida 32896-0061 | Synchrony Bank/TJX Rewards<br>P.O. Box 530948<br>Atlanta, Georgia 30353-0948 | TD Bank USA, N.A.<br>C O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121-3132 |
| Target Card Services<br>P.O. Box 660170<br>Dallas, Texas 75266-0170 | Trugreen Processing Center<br>P.O. Box 9001128<br>Louisville, KY 40290-1128 | U.S. BANK NATIONAL ASSOCIATION, et al...<br>P.O. Box 619096<br>Dallas, TX 75261-9741<br>Phone No. 75261-9096 |
| U.S. Bank National Association<br>RAS Crane, LLC<br>10700 Abbotts Bridge Road, Suite 170<br>Duluth, GA 30097-8461 | U.S. Department of Education<br>c/o FedLoan Servicing<br>P.O. Box 69184<br>Harrisburg, PA 17106-9184 | United States of America Department of the T<br>c/oOffice of U.S. Atty for W.D. of PA<br>U.S. Post Office & Courthouse<br>700 Grant Street<br>Pittsburgh, PA 15219-1906 |

```
Verizon                              James Warmbrodt                    Ronda J. Winnecour
by American InfoSource as agent      KML Law Group, P.C.                Suite 3250, USX Tower
PO Box 248838                        701 Market Street                  600 Grant Street
Oklahoma City, OK  73124-8838        Suite 5000                         Pittsburgh, PA 15219-2702
                                     Philadelphia, PA 19106-1541
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Cardmember Services - Amazon         Jefferson Capital Systems, LLC     Portfolio Recovery Associates, LLC
Marriot Rewards                      PO Box 7999                        POB 12914
P.O. Box 1423                        St. Cloud, MN 56302-9617           Norfolk VA 23541
Charlotte, North Carolina 28201-1423
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)DEUTSCHE BANK TRUST COMPANY AMERICAS, AS T    (u)FREEDOM MORTGAGE CORPORATION        (d)First Associates Loan Servicing, LLC
                                                                                        as agent for Lending USA
                                                                                        P.O. Box 503430
                                                                                        San Diego, CA 92150-3430


(d)LVNV Funding LLC                  (d)PRA Receivables Management, LLC  (u)U.S. Bank National Association, et al
PO Box 10587                         PO Box 41021
Greenville, SC 29603-0587            Norfolk, VA 23541-1021


(u)U.S. Bank National Association, not in its    End of Label Matrix
                                                 Mailable recipients    92
                                                 Bypassed recipients     7
                                                 Total                  99
```

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) Case No. 18-23502-JAD |
| | ) |
| Richard A. Foster, | ) Chapter 13 |
| Leanne M. Foster, | ) |
| Debtors, | ) |
| | ) Document No. |
| Richard A. Foster, | ) |
| Leanne M. Foster, | ) Related to Doc. No. 122 |
| Movants, | ) |
| vs. | ) |
| | ) |
| Ronda J. Winnecour, Chapter 13 Trustee, | ) |
| | ) |
| Respondent. | ) |
| | ) |

## ORDER APPROVING POSTPETITION AUTOMOBILE FINANCING

**AND NOW, this** __18th__ **day of** __November__**, 2020** on Motion of the Debtors and with the consent of the Chapter 13 Trustee, it is hereby **ORDERED, ADJUDGED AND DECREED** that:

1. The Motion is granted as provided by the terms of this Order. Debtors are authorized to obtain secured financing for the purchase of a replacement vehicle on the following terms:

    (a) The total amount of financing shall not exceed $17,000,000; and

    (b) The monthly payments made under the financing agreement shall not exceed $550.

2. To the extent that Debtors secure financing for the purchase of a new vehicle, such payments shall be made through the Chapter 13 plan. Within 30 days of securing such financing, Debtors shall file:

    (a)    An amended chapter 13 plan; and

    (b)    A Report of Financing including details of the transaction.

3. To ensure the prompt and timely payment of the automobile loan, Debtors shall make a supplemental payment to the Chapter 13 Trustee within 7 days of filing the Report of Financing (and each month thereafter as necessary) in an amount sufficient for the Trustee to cover the installments due on the loan. The supplemental payments shall be in addition to the regular plan payment, pending confirmation of the amended plan.

4. Pending confirmation of any amended plan providing for the new Postpetition loan payments, the Trustee is authorized to make monthly adequate protection payments to the new lender for the contract amount so long as sufficient supplemental funds are provided by the Debtors.

5. Notwithstanding the inclusion of the Postpetition loan within an amended Chapter 13 plan, the underlying terms of the loan shall not be modified absent the consent of the lender.

6. Debtors shall serve copies of this Order on all creditors eligible to receive distributions through the Chapter 13 plan and file proof of the same with the Court.

By the Court,

_____ sjk
Jeffery A. Deller
United States Bankruptcy Judge

FILED
11/18/20 12:08 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA