# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Richard A Foster <br>         Leanne M. Foster <br>                           Debtors | CHAPTER 13 |
| Freedom Mortgage Corporation <br>                           Movant <br>                  v. <br> Richard A Foster <br> Leanne M. Foster <br><br>                           Respondents <br>                       and <br> Ronda J. Winnecour, Esquire <br>                      Additional Respondent | NO. 18-23502 JAD <br><br><br> Related Doc: 133 |

## WITHDRAWAL OF CERTIFICATION
## OF NO OBJECTION

    Kindly withdraw the Certificate of No Objection of Freedom Mortgage Corporation, which was filed with the Court on or about **January 4, 2021**December 30, 2020 (Document No. 133).

                                                Respectfully submitted,

                                                **/s/ Brian C. Nicholas, Esq.**
                                                **Brian C. Nicholas, Esquire**
                                                **Attorney ID No. 317240**
                                                KML Law Group, P.C.
                                                BNY Mellon Independence Center
                                                701 Market Street, Suite 5000
                                                Philadelphia, PA  19106
                                                215-627-1322
                                                bnicholas@kmllawgroup.com

January 4, 2021