2100 B (12/15)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 18-23502-JAD
Chapter 13

In re: Debtor(s) (including Name and Address)

Richard A. Foster
315 E. Hazelcroft Avenue
New Castle PA 16105

Leanne M. Foster
315 E. Hazelcroft Avenue
New Castle PA 16105

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 02/19/2021.

Name and Address of Alleged Transferor(s):

Claim No. 18: State Farm Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern  PA 19355-0701

Name and Address of Transferee:

Afni, Inc.
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   02/21/21

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court

Western District of Pennsylvania

| In re: | Case No. 18-23502-JAD |
|---|---|
| Richard A. Foster | Chapter 13 |
| Leanne M. Foster | |
| Debtors | |

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: dkam | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Feb 19, 2021 | Form ID: trc | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 21, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| 14941623 | State Farm Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| Date: Feb 21, 2021 | Signature: | /s/Joseph Speetjens |
|---|---|---|

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 19, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor U.S. Bank National Association not in its indvidual capacity but soley as Trustee for the NRZPass-ThroughTrustVII bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com |
| Francis E. Corbett | on behalf of Joint Debtor Leanne M. Foster fcorbett@fcorbettlaw.com fcorbett7@gmail.com |
| Francis E. Corbett | on behalf of Debtor Richard A. Foster fcorbett@fcorbettlaw.com fcorbett7@gmail.com |
| Jill Locnikar | on behalf of Creditor United States of America Department of the Treasury Internal Revenue Service jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov |
| Mario J. Hanyon | |

District/off: 0315-2 User: dkam Page 2 of 2
Date Rcvd: Feb 19, 2021 Form ID: trc Total Noticed: 1

| | |
|---|---|
| | on behalf of Creditor DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE ET. AL. wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Mario J. Hanyon | |
| | on behalf of Creditor U.S. Bank National Association et al wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Mario J. Hanyon | |
| | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |
| Robert Davidow | |
| | on behalf of Creditor U.S. Bank National Association et al robert.davidow@phelanhallinan.com |
| Robert Davidow | |
| | on behalf of Creditor DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE ET. AL. robert.davidow@phelanhallinan.com |
| Ronda J. Winnecour | |
| | cmecf@chapter13trusteewdpa.com |
| Sindi Mncina | |
| | on behalf of Creditor U.S. Bank National Association smncina@rascrane.com |
| Thomas Song | |
| | on behalf of Creditor U.S. Bank National Association not in its indvidual capacity but soley as Trustee for the NRZPass-ThroughTrustVII pawb@fedphe.com |
| Thomas Song | |
| | on behalf of Creditor DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE ET. AL. pawb@fedphe.com |
| Thomas Song | |
| | on behalf of Creditor FREEDOM MORTGAGE CORPORATION pawb@fedphe.com |
| Thomas Song | |
| | on behalf of Creditor Freedom Mortgage Corporation pawb@fedphe.com |

TOTAL: 18