# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) Bankruptcy No. 18-23502-JAD |
| | ) |
| **Richard A. Foster** | ) Chapter 13 |
| **Leanne M. Foster** | ) |
|       **Debtors** | ) Document No. |
| | ) |
| | ) Related to Doc. No. 156 |
| **Richard A. Foster** | ) |
| **Leanne M. Foster** | ) |
|       **Movants** | ) Hearing: 06/22/22 10:00 a.m. |
|   vs. | ) |
| | ) Response Due: 06/13/22 |
| **Ronda J. Winnecour, Chapter 13 Trustee** | ) |
| | ) |
|       **Respondent** | ) |
| | ) |

### Certification of No Objection Regarding Motion to Dismiss Case–
### Document No. 126

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on May 25, 2022, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than June 13, 2022.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: 06/14/22           /s/ Francis E. Corbett
                                      **Francis E. Corbett, Esquire, PA I.D. #37594**
                                      **fcorbett@fcorbettlaw.com**
                                      **Mitchell Building - 707**
                                      **304 Ross Street**
                                      **Pittsburgh, PA  15219**
                                      **(412) 456-1882**