IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) Bankruptcy No. 18-23502-JAD |
| | ) |
| **Richard A. Foster** | ) Chapter 13 |
| **Leanne M. Foster** | ) |
| Debtors | ) Related to Document No. 156 |
| | ) |
| | ) |
| **Richard A. Foster** | ) |
| **Leanne M. Foster** | ) |
| Movants | ) Hearing: 06/22/22 10:00 a.m. |
| vs. | ) |
| | ) Response Due: 06/13/22 |
| **Ronda J. Winnecour, Chapter 13 Trustee** | ) |
| | ) |
| Respondent | ) |
| | ) **DEFAULT O/E JAD** |

## ORDER OF COURT

**AND NOW**, this 16th day of June, 2022, on Motion of the Debtors, and pursuant to 11 U.S.C. §1307(b), it is hereby **ORDERED** that this case is dismissed.

By the Court,

_____
sjk
**Jeffery A. Deller**
**United States Bankruptcy Judge**

FILED
6/16/22 12:48 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 18-23502-JAD
Richard A. Foster  Chapter 13
Leanne M. Foster
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 6
Date Rcvd: Jun 16, 2022      Form ID: pdf900      Total Noticed: 88

The following symbols are used throughout this certificate:
**Symbol      Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 18, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Richard A. Foster, Leanne M. Foster, 315 E. Hazelcroft Avenue, New Castle, PA 16105-2177 |
| cr | + | First Associates Loan Servicing, LLC, as agent for Lending USA, PO Box 503430, San Diego, CA 92150, UNITED STATES 92150-3430 |
| cr | + | Freedom Mortgage Corporation, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| cr | + | SN Servicing Corporation as servicer for U.S. Bank, Friedman Vartolo LLP, 1325 Franklin Ave, Suite 160, Garden City, NY 11530-1631 |
| cr | + | United States of America Department of the Treasur, c/oOffice of U.S. Atty for W.D. of PA, U.S. Post Office & Courthouse, 700 Grant Street, Pittsburgh, PA 15219 U.S.A. 15219-1906 |
| 14909480 | | American Educational Services, P.O. Box 0001, Payment Center, Harrisburg, Pennsylvania 17130-0001 |
| 14909498 | | Discover, P.O. Box 742655, Cincinnati, Ohio 45274-2655 |
| 14909500 | + | Endeavor Agency, Inc., 114 E. Morrison Street, P.O. Box 303, Fayette, MO 65248-0303 |
| 14913482 | + | First Associates Loan Servicing, LLC, as agent for Lending USA, P.O. Box 503430, San Diego, CA 92150-3430 |
| 14909504 | | GM Financial Leasing, 75 Remittance Drive, Suite 1738, Chicago, Illinois 60675-1738 |
| 14909507 | | LendingUSA, P.O. Box 206536, Dallas, TX 75320-6536 |
| 14941623 | | State Farm Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14909522 | | Trugreen Processing Center, P.O. Box 9001128, Louisville, KY 40290-1128 |
| 15187435 | + | U.S. BANK NATIONAL ASSOCIATION, et al..., P.O. Box 619096, Dallas, TX 75261-9741, Phone No. 75261-9096 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: BankruptcyECFMail@mccalla.com | Jun 16 2022 23:37:00 | Freedom Mortgage Corporation, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old Alabama Road, Roswell, GA 30076-2102 |
| cr | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 16 2022 23:37:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, 8950 Cypress Waters Boulevard, Coppell, TX 75019-4620 |
| cr | + | Email/Text: RASEBN@raslg.com | Jun 16 2022 23:37:00 | U.S. Bank National Association, RAS Crane, LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| cr | ^ | MEBN | Jun 16 2022 23:33:45 | U.S. Bank Trust National Association, as Trustee o, SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305 |
| 14931227 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jun 16 2022 23:37:00 | ACAR Leasing Ltd d/b/a GM Financial Leasing, PO Box 183853, Arlington, TX 76096-3853 |
| 14932533 | + | Email/Text: bnc@advanceamerica.net | Jun 16 2022 23:37:00 | ACSO of Ohio, Inc., c/o Advance America, 135 North Church Street, Spartanburg, SC 29306-5138 |
| 14909479 | + | Email/Text: bnc@advanceamerica.net | Jun 16 2022 23:37:00 | Advance America, 5963 South Avenue, |

| Recipient ID | | Delivery Method | Delivery Time | Recipient |
|---|---|---|---|---|
| | | | | Boardman, OH 44512-3610 |
| 15340759 | | Email/PDF: bncnotices@becket-lee.com | Jun 16 2022 23:35:04 | Afni, Inc., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14909481 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jun 16 2022 23:37:00 | Barclays, P.O. Box 13337, Philadelphia, Pennsylvania 19101-3337 |
| 14933616 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 16 2022 23:35:04 | CVI SGP-CO Acquisition Trust C/O Resurgent Capital, PO Box 10587, Greenville, SC 29603-0587 |
| 14927449 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 16 2022 23:34:36 | CW Nexus Credit Card Holdings l, LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14909482 | | Email/Text: cms-bk@cms-collect.com | Jun 16 2022 23:37:00 | Capital Management Services, LP, 698 1/2 South Ogden Street, Buffalo, New York 14206-2317 |
| 14909483 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 16 2022 23:35:03 | Capital One - Maurices, P.O. Box 71106, Charlotte, North Carolina 28272-1106 |
| 14909484 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 16 2022 23:34:52 | Capital One - Menard's, P.O. Box 71106, Charlotte, North Carolina 28272-1106 |
| 14934203 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 16 2022 23:34:52 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14909485 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 16 2022 23:35:03 | Capital One Bank, N. A., P.O. Box 71083, Charlotte, North Carolina 28272-1083 |
| 14909486 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 16 2022 23:34:52 | Capital One Bank, N. A., P.O. Box 71087, Charlotte, North Carolina 28272-1087 |
| 14934204 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 16 2022 23:34:36 | Capital One, N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 14909488 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 16 2022 23:37:00 | Comenity - Avenue, P.O. Box 659584, San Antonio, Texas 78265-9584 |
| 14909489 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 16 2022 23:37:00 | Comenity - Bon Ton, P.O. Box 659813, San Antonio, Texas 78265-9113 |
| 14909490 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 16 2022 23:37:00 | Comenity - Boscov's, P.O. Box 659622, San Antonio, Texas 78265-9622 |
| 14909491 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 16 2022 23:37:00 | Comenity - Jared, P.O. Box 659728, San Antonio, Texas 78265-9728 |
| 14909492 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 16 2022 23:37:00 | Comenity - Old Pueblo Traders, P.O. Box 659465, San Antonio, Texas 78265-9465 |
| 14909493 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 16 2022 23:37:00 | Comenity - Overstock, P.O. Box 659707, San Antonio, Texas 78265-9707 |
| 14909494 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 16 2022 23:37:00 | Comenity - Pier 1 Imports, P.O. Box 659450, San Antonio, Texas 78265-9450 |
| 14909495 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 16 2022 23:37:00 | Comenity - Venus, P.O. Box 659617, San Antonio, Texas 78265-9617 |
| 15356359 | + | Email/Text: ebnnotifications@creditacceptance.com | Jun 16 2022 23:37:00 | Credit Acceptance, 25505 W Twelve Mile Rd, Suite 3000, Southfield MI 48034-8331 |
| 14909496 | | Email/PDF: creditonebknotifications@resurgent.com | Jun 16 2022 23:34:37 | Credit One Bank, P.O. Box 60500, City of Industry, California 91716-0500 |
| 14909508 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 16 2022 23:45:26 | Macy's, P.O. Box 78-008, Phoenix, Arizona 85062-8008 |
| 14948261 | | Email/Text: bnc-quantum@quantum3group.com | Jun 16 2022 23:37:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14947873 | | Email/Text: BKEBN-Notifications@ocwen.com | Jun 16 2022 23:37:00 | Deutsche Bank Trust Company Americas, et.al., |

Case 18-23502-JAD   Doc 161   Filed 06/18/22   Entered 06/19/22 00:21:39   Desc
Imaged Certificate of Notice   Page 4 of 7

| District/off: 0315-2 | User: auto | Page 3 of 6 |
|---|---|---|
| Date Rcvd: Jun 16, 2022 | Form ID: pdf900 | Total Noticed: 88 |

| | | | | |
|---|---|---|---|---|
| | | | | OCWEN LOAN SERVICING, LLC, Attn: Bankruptcy Department, P.O. BOX 24605, WEST PALM BEACH FL 33416-4605 |
| 14909499 | + | Email/Text: mrdiscen@discover.com | Jun 16 2022 23:37:00 | Discover, P.O. Box 30421, Salt Lake City, Utah 84130-0421 |
| 14913145 | | Email/Text: mrdiscen@discover.com | Jun 16 2022 23:37:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14909501 | | Email/Text: BNSFN@capitalsvcs.com | Jun 16 2022 23:37:00 | First National Credit Card, P.O. Box 2496, Omaha, Nebraska 68103 |
| 14909502 | | Email/Text: Bankruptcy@Freedommortgage.com | Jun 16 2022 23:37:00 | Freedom Mortgage, P.O. Box 619063, Dallas, Texas 75261-9063 |
| 14941327 | + | Email/Text: Bankruptcy@Freedommortgage.com | Jun 16 2022 23:37:00 | Freedom Mortgage Corporation, Bankruptcy Department, 10500 Kincaid Drive, Suite 300, Fishers, IN 46037-9764 |
| 14909503 | | Email/Text: GenesisFS@ebn.phinsolutions.com | Jun 16 2022 23:37:00 | Genesis FS Card Services, P.O. Box 205458, Dallas, TX 75320-5458 |
| 14909505 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 16 2022 23:45:23 | Home Depot Credit Services, P.O. Box 790328, St. Louis, Missouri 63179-0328 |
| 15169660 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 16 2022 23:37:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 15187680 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jun 16 2022 23:37:00 | Jefferson Capital Systems, LLC, PO Box 7999, St. Cloud, MN 56302-9617 |
| 14909487 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 16 2022 23:34:36 | Cardmember Services - Amazon, Marriot Rewards, P.O. Box 1423, Charlotte, North Carolina 28201-1423 |
| 14909506 | + | Email/Text: PBNCNotifications@peritusservices.com | Jun 16 2022 23:37:00 | Kohl's Payment Center, P.O. Box 2983, Milwaukee, Wisconsin 53201-2983 |
| 15160110 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 16 2022 23:35:05 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 14945226 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 16 2022 23:35:05 | LVNV Funding, LLC its successors and assigns as, assignee of LendingClub Issuance, Grantor Trust Series 2016-NP2, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14945225 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 16 2022 23:34:53 | LVNV Funding, LLC its successors and assigns as, assignee of Wilmington Savings Fund, Society FSB, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14945231 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 16 2022 23:34:53 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14909509 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 16 2022 23:34:36 | Merrick Bank, P.O. Box 660175, Dallas , Texas 75266-0175 |
| 14924727 | + | Email/Text: bankruptcy@sccompanies.com | Jun 16 2022 23:37:00 | Monroe & Main, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 14909510 | | Email/Text: bankruptcy@sccompanies.com | Jun 16 2022 23:37:00 | Monroe and Main, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 14909511 | | Email/Text: bankruptcy@sccompanies.com | Jun 16 2022 23:37:00 | Montgomery Ward, 1112 7th Avenue, Monroe, WI 53566-1364 |
| 14924728 | + | Email/Text: bankruptcy@sccompanies.com | Jun 16 2022 23:37:00 | Montgomery Ward, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 15463299 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 16 2022 23:37:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619094, Dallas, TX 75261-9094 |
| 14909512 | + | Email/Text: BKEBN-Notifications@ocwen.com | | |

Case 18-23502-JAD   Doc 161   Filed 06/18/22   Entered 06/19/22 00:21:39   Desc
Imaged Certificate of Notice   Page 5 of 7

| District/off: 0315-2 | User: auto | Page 4 of 6 |
|---|---|---|
| Date Rcvd: Jun 16, 2022 | Form ID: pdf900 | Total Noticed: 88 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jun 16 2022 23:37:00 | Ocwen Loan Servicing, LLC, P.O. Box 24738, West Palm Beach, Pennsylvania 33416-4738 |
| 14923210 | + | Email/Text: bncnotifications@pheaa.org | Jun 16 2022 23:37:00 | PHEAA, PO Box 8147, Harrisburg, PA 17105-8147 |
| 14909515 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 16 2022 23:37:00 | PNC Bank, P.O. Box 856177, Louisville, Kentucky 40285-6177 |
| 14948503 | | Email/Text: Bankruptcy.Notices@pnc.com | Jun 16 2022 23:37:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 14943078 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 16 2022 23:34:53 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14910624 | + | Email/PDF: rmscedi@recoverycorp.com | Jun 16 2022 23:35:04 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14909513 | | Email/PDF: gecsedi@recoverycorp.com | Jun 16 2022 23:34:51 | PayPal Credit, P.O. Box 105658, Atlanta, Georgia 30348-5658 |
| 14909514 | | Email/Text: pcabkt@phillips-cohen.com | Jun 16 2022 23:37:00 | Phillips & Cohen Associates, Ltd., Mail Stop: 658, 1002 Justison Street, Wilmington, Delaware 19801-5148 |
| 14944281 | | Email/Text: bnc-quantum@quantum3group.com | Jun 16 2022 23:37:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14944282 | | Email/Text: bnc-quantum@quantum3group.com | Jun 16 2022 23:37:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14935461 | | Email/Text: bnc-quantum@quantum3group.com | Jun 16 2022 23:37:00 | Quantum3 Group LLC as agent for, GPCC I LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15303036 | | Email/Text: bknotices@snsc.com | Jun 16 2022 23:37:00 | SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501 |
| 14948551 | + | Email/Text: bncmail@w-legal.com | Jun 16 2022 23:37:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 14909516 | + | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jun 16 2022 23:37:00 | State Farm Bank, P.O. Box 23025, Columbus, Georgia 31902. 31902-3025 |
| 14948032 | + | Email/PDF: gecsedi@recoverycorp.com | Jun 16 2022 23:34:51 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14909517 | | Email/PDF: gecsedi@recoverycorp.com | Jun 16 2022 23:34:51 | Synchrony Bank/Amazon, P.O. Box 960013, Orlando, Florida 32896-0013 |
| 14909519 | | Email/PDF: gecsedi@recoverycorp.com | Jun 16 2022 23:34:51 | Synchrony Bank/SR, P.O. Box 530916, Atlanta, Georgia 30353-0916 |
| 14909518 | | Email/PDF: gecsedi@recoverycorp.com | Jun 16 2022 23:34:35 | Synchrony Bank/Sewing and More, P.O. Box 960061, Orlando, Florida 32896-0061 |
| 14909520 | | Email/PDF: gecsedi@recoverycorp.com | Jun 16 2022 23:34:52 | Synchrony Bank/TJX Rewards, P.O. Box 530948, Atlanta, Georgia 30353-0948 |
| 14946978 | + | Email/Text: bncmail@w-legal.com | Jun 16 2022 23:37:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 14909521 | | Email/Text: bncmail@w-legal.com | Jun 16 2022 23:37:00 | Target Card Services, P.O. Box 660170, Dallas, Texas 75266-0170 |
| 14991131 | | Email/Text: bncnotifications@pheaa.org | Jun 16 2022 23:37:00 | U.S. Department of Education, c/o FedLoan Servicing, P.O. Box 69184, Harrisburg, PA 17106-9184 |
| 14942949 | | Email/PDF: ebn_ais@aisinfo.com | Jun 16 2022 23:35:04 | Verizon, by American InfoSource as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 75

Case 18-23502-JAD   Doc 161   Filed 06/18/22   Entered 06/19/22 00:21:39   Desc
Imaged Certificate of Notice   Page 6 of 7

| District/off: 0315-2 | User: auto | Page 5 of 6 |
|---|---|---|
| Date Rcvd: Jun 16, 2022 | Form ID: pdf900 | Total Noticed: 88 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | DEUTSCHE BANK TRUST COMPANY AMERICAS, AS TRUSTEE E |
| cr | | FREEDOM MORTGAGE CORPORATION |
| cr | | U.S. Bank National Association, et al |
| cr | | U.S. Bank National Association, not in its indvidu |
| cr | * | Afni, Inc., c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| cr | *+ | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14909497 | ##+ | Department of Education, Fedloan Servicing, P.O. Box 530210, Atlanta, Georgia 30353-0210 |

TOTAL: 4 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 18, 2022         Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 16, 2022 at the address(es) listed below:

**Name**        **Email Address**

Brian Nicholas
on behalf of Creditor U.S. Bank National Association  not in its indvidual capacity but soley as Trustee for the NRZPass-ThroughTrustVII bnicholas@kmllawgroup.com

Brian Nicholas
on behalf of Creditor FREEDOM MORTGAGE CORPORATION bnicholas@kmllawgroup.com

Brian Nicholas
on behalf of Creditor Freedom Mortgage Corporation bnicholas@kmllawgroup.com

Francis E. Corbett
on behalf of Joint Debtor Leanne M. Foster fcorbett@fcorbettlaw.com  fcorbett7@gmail.com

Francis E. Corbett
on behalf of Debtor Richard A. Foster fcorbett@fcorbettlaw.com  fcorbett7@gmail.com

Jill Locnikar
on behalf of Creditor United States of America Department of the Treasury  Internal Revenue Service jill.locnikar@usdoj.gov, patricia.fitzgerald@usdoj.gov;caseview.ecf@usdoj.gov;kassi.horton@usdoj.gov

Lauren Moyer
on behalf of Creditor SN Servicing Corporation as servicer for U.S. Bank Trust National Association  as Trustee of Igloo Series IV Trust lmoyer@friedmanvartolo.com, bankruptcy@friedmanvartolo.com

Lily Christina Calkins
on behalf of Creditor FREEDOM MORTGAGE CORPORATION logsecf@logs.com  lcalkins@logs.com

Maria Miksich
on behalf of Creditor FREEDOM MORTGAGE CORPORATION mmiksich@kmllawgroup.com

Mario J. Hanyon
on behalf of Creditor DEUTSCHE BANK TRUST COMPANY AMERICAS  AS TRUSTEE ET. AL. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

| | |
|---|---|
| Mario J. Hanyon | on behalf of Creditor U.S. Bank National Association et al wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Mario J. Hanyon | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Mario J. Hanyon | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Robert Davidow | on behalf of Creditor DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE ET. AL. robert.davidow@phelanhallinan.com |
| Robert Davidow | on behalf of Creditor U.S. Bank National Association et al robert.davidow@phelanhallinan.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Sindi Mncina | on behalf of Creditor U.S. Bank National Association smncina@rascrane.com |
| Thomas Song | on behalf of Creditor FREEDOM MORTGAGE CORPORATION pawb@fedphe.com |
| Thomas Song | on behalf of Creditor Freedom Mortgage Corporation pawb@fedphe.com |
| Thomas Song | on behalf of Creditor U.S. Bank National Association not in its indvidual capacity but soley as Trustee for the NRZPass-ThroughTrustVII pawb@fedphe.com |
| Thomas Song | on behalf of Creditor DEUTSCHE BANK TRUST COMPANY AMERICAS AS TRUSTEE ET. AL. pawb@fedphe.com |

TOTAL: 22