**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | |
|---|---|
| RICHARD A. FOSTER<br>LEANNE M. FOSTER<br>    Debtor(s) | Case No.:18-23502 JAD |
| Ronda J. Winnecour<br>    Movant<br>    vs.<br>No Respondents. | Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 09/04/2018 and confirmed on 10/22/2018 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 125,139.00 |
| Less Refunds to Debtor | 2,108.07 | |
| TOTAL AMOUNT OF PLAN FUND | | 123,030.93 |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 2,810.00 | |
|     Trustee Fee | 5,834.23 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 8,644.23 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|     LAKEVIEW LOAN SERVICING LLC | 0.00 | 44,697.23 | 0.00 | 44,697.23 |
|         Acct: 0728 | | | | |
|     US BANK TRUST NA - TRUSTEE OF IGLO( | 0.00 | 32,660.56 | 0.00 | 32,660.56 |
|         Acct: 5783 | | | | |
|     LAKEVIEW LOAN SERVICING LLC | 5,120.15 | 3,196.71 | 0.00 | 3,196.71 |
|         Acct: 0728 | | | | |
|     US BANK TRUST NA - TRUSTEE OF IGLO( | 3,850.94 | 2,404.31 | 0.00 | 2,404.31 |
|         Acct: 4783 | | | | |
| | | | | 82,958.81 |
| **Priority** | | | | |
|     FRANCIS E CORBETT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|         Acct: | | | | |
|     RICHARD A. FOSTER | 0.00 | 0.00 | 0.00 | 0.00 |
|         Acct: | | | | |
|     RICHARD A. FOSTER | 2,103.07 | 2,103.07 | 0.00 | 0.00 |
|         Acct: | | | | |
|     RICHARD A. FOSTER | 5.00 | 5.00 | 0.00 | 0.00 |
|         Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Priority** | | | | |
| FRANCIS E CORBETT ESQ | 2,810.00 | 2,810.00 | 0.00 | 0.00 |
| Acct: | | | | |
| FRANCIS E CORBETT ESQ | 2,000.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ACAR LEASING LTD D/B/A GM FINANCIAL | 5,074.96 | 5,074.96 | 0.00 | 5,074.96 |
| Acct: 6786 | | | | |
| INTERNAL REVENUE SERVICE* | 7,671.78 | 0.00 | 0.00 | 0.00 |
| Acct: 4331 | | | | |
| CREDIT ACCEPTANCE CORP* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4456 | | | | |
| EXETER FINANCE LLC(*) | 0.00 | 12,616.35 | 0.00 | 12,616.35 |
| Acct: 3870 | | | | |
| CREDIT ACCEPTANCE CORP* | 0.00 | 9,551.15 | 0.00 | 9,551.15 |
| Acct: 0803 | | | | |
| | | | | 27,242.46 |
| **Unsecured** | | | | |
| US DEPARTMENT OF EDUCATION | 4,185.43 | 4,185.43 | 0.00 | 4,185.43 |
| Acct: 4331 | | | | |
| ADVANCE AMERICA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4364 | | | | |
| PHEAA FRN | 18,962.68 | 0.00 | 0.00 | 0.00 |
| Acct: 0855 | | | | |
| BARCLAYS BANK DELAWARE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0280 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 2,283.87 | 0.00 | 0.00 | 0.00 |
| Acct: 7425 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 310.48 | 0.00 | 0.00 | 0.00 |
| Acct: 1130 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 480.07 | 0.00 | 0.00 | 0.00 |
| Acct: 0390 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC, | 2,783.75 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC, | 950.30 | 0.00 | 0.00 | 0.00 |
| Acct: 4659 | | | | |
| CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7098 | | | | |
| CARDMEMBER SERVICE++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3811 | | | | |
| QUANTUM3 GROUP LLC AGNT - COMENIT | 181.22 | 0.00 | 0.00 | 0.00 |
| Acct: 0993 | | | | |
| QUANTUM3 GROUP LLC AGNT - COMENIT | 1,593.29 | 0.00 | 0.00 | 0.00 |
| Acct: 8100 | | | | |
| QUANTUM3 GROUP LLC - AGENT COMEN | 1,475.75 | 0.00 | 0.00 | 0.00 |
| Acct: 6146 | | | | |
| QUANTUM3 GROUP LLC AGNT - COMENIT | 993.09 | 0.00 | 0.00 | 0.00 |
| Acct: 1397 | | | | |
| QUANTUM3 GROUP LLC AGNT - COMENIT | 302.77 | 0.00 | 0.00 | 0.00 |
| Acct: 3782 | | | | |
| QUANTUM3 GROUP LLC - AGENT COMEN | 693.77 | 0.00 | 0.00 | 0.00 |
| Acct: 8040 | | | | |
| QUANTUM3 GROUP LLC AGNT - COMENIT | 773.92 | 0.00 | 0.00 | 0.00 |
| Acct: 7632 | | | | |
| QUANTUM3 GROUP LLC AGNT - COMENIT | 498.52 | 0.00 | 0.00 | 0.00 |
| Acct: 0090 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 651.22 | 0.00 | 0.00 | 0.00 |
| Acct: 9206 | | | | |
| DISCOVER BANK(*) | 5,815.86 | 0.00 | 0.00 | 0.00 |
| Acct: 0959 | | | | |

Case 18-23502-JAD    Doc 162    Filed 06/30/22    Entered 06/30/22 12:17:13    Desc Main
Document    Page 3 of 4

| 18-23502 JAD | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | | Page 3 of 4 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | | |
| | DISCOVER BANK(*) | 639.42 | 0.00 | 0.00 | 0.00 |
| | Acct: 3478 | | | | |
| | ENDEAVOR AGENCY | 10,675.39 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | FIRST NATIONAL CREDIT COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8929 | | | | |
| | QUANTUM3 GROUP LLC - AGENT GPCC I | 338.28 | 0.00 | 0.00 | 0.00 |
| | Acct: 9071 | | | | |
| | HOME DEPOT CREDIT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8102 | | | | |
| | KOHLS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9903 | | | | |
| | JEFFERSON CAPITAL SYSTEMS LLC* | 10,483.58 | 0.00 | 0.00 | 0.00 |
| | Acct: 4331 | | | | |
| | DEPARTMENT STORES NATIONAL BANK | 1,785.13 | 0.00 | 0.00 | 0.00 |
| | Acct: 2260 | | | | |
| | CW NEXUS CREDIT CARD HOLDINGS I LL | 1,361.67 | 0.00 | 0.00 | 0.00 |
| | Acct: 2742 | | | | |
| | MONROE & MAIN | 1,717.89 | 0.00 | 0.00 | 0.00 |
| | Acct: 7110 | | | | |
| | MONTGOMERY WARDS** | 1,541.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7290 | | | | |
| | LVNV FUNDING LLC | 740.65 | 0.00 | 0.00 | 0.00 |
| | Acct: 9944 | | | | |
| | PNC BANK NA | 5,156.71 | 0.00 | 0.00 | 0.00 |
| | Acct: 8803 | | | | |
| | AFNI INC | 3,192.75 | 0.00 | 0.00 | 0.00 |
| | Acct: 3618 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LL | 1,579.26 | 0.00 | 0.00 | 0.00 |
| | Acct: 1739 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LL | 472.69 | 0.00 | 0.00 | 0.00 |
| | Acct: 4784 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LL | 1,042.72 | 0.00 | 0.00 | 0.00 |
| | Acct: 6424 | | | | |
| | SYNCHRONY BANK | 178.58 | 0.00 | 0.00 | 0.00 |
| | Acct: 0980 | | | | |
| | TD BANK USA NA** | 667.09 | 0.00 | 0.00 | 0.00 |
| | Acct: 7866 | | | | |
| | TARGET | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5177 | | | | |
| | TRUGREEN++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7021 | | | | |
| | ACAR LEASING LTD D/B/A GM FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6786 | | | | |
| | ACSO OF OHIO INC | 18,956.40 | 0.00 | 0.00 | 0.00 |
| | Acct: 0419 | | | | |
| | CVI SGP ACQUISITION TRUST | 926.57 | 0.00 | 0.00 | 0.00 |
| | Acct: 8414 | | | | |
| | CAPITAL ONE BANK (USA) NA BY AMERIC, | 631.16 | 0.00 | 0.00 | 0.00 |
| | Acct: 3660 | | | | |
| | CAPITAL ONE BANK (USA) NA BY AMERIC, | 753.70 | 0.00 | 0.00 | 0.00 |
| | Acct: 3891 | | | | |
| | VERIZON BY AMERICAN INFOSOURCE LP | 81.81 | 0.00 | 0.00 | 0.00 |
| | Acct: 0001 | | | | |
| | QUANTUM3 GROUP LLC - AGENT COMEN | 344.65 | 0.00 | 0.00 | 0.00 |
| | Acct: 8749 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LL | 304.29 | 0.00 | 0.00 | 0.00 |
| | Acct: 3066 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LL | 528.57 | 0.00 | 0.00 | 0.00 |

| 18-23502 JAD | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | | Page 4 of 4 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | | |
| | Acct: 3116 | | | | |
| | LVNV FUNDING LLC, ASSIGNEE | 15,489.38 | 0.00 | 0.00 | 0.00 |
| | Acct: 8321 | | | | |
| | LVNV FUNDING LLC, ASSIGNEE | 9,967.08 | 0.00 | 0.00 | 0.00 |
| | Acct: 6363 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LL | 808.31 | 0.00 | 0.00 | 0.00 |
| | Acct: 0218 | | | | |
| | INTERNAL REVENUE SERVICE* | 1,534.56 | 0.00 | 0.00 | 0.00 |
| | Acct: 4331 | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0980 | | | | |
| | PHELAN HALLINAN DIAMOND & JONES LL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | MCCALLA RAYMER ET AL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PHELAN HALLINAN DIAMOND & JONES LL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | RAS CRANE LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | SN SERVICING CORP(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | BROCK & SCOTT PLLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PHILLIPS & COHEN ASSOCIATES, LTD. | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | | | | | 4,185.43 |

TOTAL PAID TO CREDITORS                                                                                               114,386.70

TOTAL CLAIMED
PRIORITY          12,746.74
SECURED            8,971.09
UNSECURED        134,835.28

Date: 06/30/2022

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com